1    COOLEY GODWARD KRONISH LLP
     MICHELLE C. DOOLIN (179445)
2    (mdoolin@cooley.com)
     4401 Eastgate Mall
3    San Diego, CA 92121
     Telephone:    (858) 560-6000
4    Facsimile:     (858) 560-6420

5    ALEX C. SEARS (232491)
     (asears@cooley.com)
6    101 California St., Fifth Floor
     San Francisco, CA 94111
7    Telephone:    (415) 693-2000
     Facsimile:     (415) 693-2222
8
     Attorneys for Defendant
9    LNT MERCHANDISING COMPANY, LLC

*E-filing*

10

11             UNITED STATES DISTRICT COURT

12         NORTHERN DISTRICT OF CALIFORNIA

13

14    YOTRIO INTERNATIONAL, LLC,      CV 08    Case No.    2199

15             Plaintiff,           **DEFENDANT LNT MERCHANDISING COMPANY, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [L.R. 3-16]**

16        v.

17    LNT MERCHANDISING COMPANY, LLC, dba LINEN N' THINGS, INC., UNITED
18    PARCEL SERVICE, INC., dba UPS      Complaint Filed: April 25, 2008
     SUPPLY CHAIN SOLUTIONS, INC., and
19    DOES 1 through 50, INCLUSIVE,

20             Defendants

21

22

23

24

25

26

27

28

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2    associations of persons, firms, partnerships, corporations (including parent corporations) or other

3    entities (i) have a financial interest in the subject matter in controversy or in a party to the

4    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5    substantially affected by the outcome of this proceeding:

6        • LNT West, Inc.

7

8

9    Dated: April 28, 2008                    Respectfully submitted,

10                                             COOLEY GODWARD KRONISH LLP

11

12

13                                             Alex C. Sears

14                                             Attorneys for Defendant
                                               LNT MERCHANDISING COMPANY, LLC
15

16

17

18

19

20

21

22

23

24

25

26

27

28