| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
|  | MICHELLE C. DOOLIN (179445) |
| 2 | (mdoolin@cooley.com) |
|  | 4401 Eastgate Mall |
| 3 | San Diego, CA 92121 |
|  | Telephone: (858) 560-6000 |
| 4 | Facsimile: (858) 560-6420 |
| 5 | ALEX C. SEARS (232491) |
|  | (asears@cooley.com) |
| 6 | 101 California St., Fifth Floor |
|  | San Francisco, CA 94111 |
| 7 | Telephone: (415) 693-2000 |
|  | Facsimile: (415) 693-2222 |
| 8 | |
|  | Attorneys for Defendant |
| 9 | LNT MERCHANDISING COMPANY, LLC |

*E-filing*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEJ 2199

| | | |
|---|---|---|
| YOTRIO INTERNATIONAL, LLC, | | Case No. |
| Plaintiff, | | **PROOF OF SERVICE** |
| v. | | |
| LNT MERCHANDISING COMPANY, LLC, dba LINEN N' THINGS, INC., UNITED PARCEL SERVICE, INC., dba UPS SUPPLY CHAIN SOLUTIONS, INC., and DOES 1 through 50, INCLUSIVE, | | |
| Defendants | | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

1085675 v1/SF

1.

PROOF OF SERVICE

## PROOF OF SERVICE
### (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800. On the date set forth below I served the documents described below in the manner described below:

- **CIVIL COVER SHEET;**
- **NOTICE OF REMOVAL;**
- **DEFENDANT LNT MERCHANDISING COMPANY, LLC'S CERTIFICATION OF INTERESTED PARTIES [L.R. 3-16]; AND**
- **PROOF OF SERVICE**

[X] (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

[ ] (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

[ ] (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

[ ] (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.

[ ] (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

James Cai
Charles Standard
Schein & Cai LLP
100 Century Center Court
Suite 315
San Jose, CA 95112

Executed on April 28, 2008, at San Francisco, California.

_____
Cynthia A. Cornell