1  COOLEY GODWARD KRONISH LLP
   MICHELLE C. DOOLIN (179445)
2  (mdoolin@cooley.com)
   4401 Eastgate Mall
3  San Diego, CA 92121
   Telephone:  (858) 560-6000
4  Facsimile:  (858) 560-6420

5  ALEX C. SEARS (232491)
   (asears@cooley.com)
6  101 California St., Fifth Floor
   San Francisco, CA 94111
7  Telephone:  (415) 693-2000
   Facsimile:  (415) 693-2222
8
   Attorneys for Defendant
9  LNT MERCHANDISING COMPANY, LLC

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12

13
   YOTRIO INTERNATIONAL, LLC,                Case No. CV 08 2199 MEJ
14
              Plaintiff,                     **CERTIFICATE OF SERVICE AND FILING
15                                           OF NOTICE TO THE CLERK OF THE
         v.                                  SUPERIOR COURT OF THE STATE OF
16                                           CALIFORNIA FOR THE COUNTY OF
   LNT MERCHANDISING COMPANY, LLC,           ALAMEDA AND TO ADVERSE PARTY OF
17 dba LINEN N' THINGS, INC., UNITED         REMOVAL OF ACTION TO FEDERAL
   PARCEL SERVICE, INC., dba UPS             COURT**
18 SUPPLY CHAIN SOLUTIONS, INC., and
   DOES 1 through 50, INCLUSIVE,
19
              Defendants
20

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

1.
1086061 v1/SF

CERTIFICATE OF SERVICE
CV 08 2199 MEJ

**PROOF OF SERVICE**
**(FRCP 5)**

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800. On April 28, 2008, I served the document described below in the manner described below:

- **NOTICE TO THE CLERK OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF ALAMEDA AND TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT**

[x] (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

[ ] (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

[ ] (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

[ ] (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.

[ ] (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

James Cai
Charles Standard
Schein & Cai LLP
100 Century Center Court
Suite 315
San Jose, CA 95112

Executed on April 30, 2008, at San Francisco, California.

_____
Cynthia A. Cornell

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1085700 v1/SF

2.

PROOF OF SERVICE
CV 08 2199 MEJ