```
COOLEY GODWARD KRONISH LLP
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:    (858) 560-6000
Facsimile:     (858) 560-6420

ALEX C. SEARS (232491)
(asears@cooley.com)
101 California St., Fifth Floor
San Francisco, CA 94111
Telephone:    (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Defendant
LNT MERCHANDISING COMPANY, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOTRIO INTERNATIONAL, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>LNT MERCHANDISING COMPANY, LLC, dba LINEN N' THINGS, INC., UNITED PARCEL SERVICE, INC., dba UPS SUPPLY CHAIN SOLUTIONS, INC., and DOES 1 through 50, INCLUSIVE,<br><br>          Defendants | Case No.  CV 08 2199 MEJ<br><br>**CERTIFICATE OF SERVICE OF:**<br>**ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; AND NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL** |

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

1085675 v1/SF

1.

CERTIFICATE OF SERVICE
CV 08 2199 MEJ

# CERTIFICATE OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800. On April 30, 2008, I served the document described below in the manner described below:

- **ECF REGISTRATION INFORMATION HANDOUT;**
- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**
- **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; AND**
- **COURT GUIDELINES DOCUMENT ENTITLED "WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO"**

[X] (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

[ ] (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

[ ] (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

[ ] (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.

[ ] (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

1
2
3
4

James Cai
Charles Standard
Schein & Cai LLP
100 Century Center Court
Suite 315
San Jose, CA 95112

Executed on April 30, 2008, at San Francisco, California.

*Cynthia Cornell*
Cynthia A. Cornell

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1085700 v1/SF

2.

PROOF OF SERVICE
CV 08 2199 MEJ