# EXHIBIT A

COOLEY GODWARD KRONISH LLP
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 560-6000
Facsimile: (858) 560-6420

ALEX C. SEARS (232491)
(asears@cooley.com)
101 California St., Fifth Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
LNT MERCHANDISING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOTRIO INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LNT MERCHANDISING COMPANY, LLC, dba LINEN N' THINGS, INC., UNITED PARCEL SERVICE, INC., dba UPS SUPPLY CHAIN SOLUTIONS, INC., and DOES 1 through 50, INCLUSIVE,<br><br>Defendants | Case No.<br><br>**NOTICE OF REMOVAL** |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO THE CLERK OF THAT COURT:

PLEASE TAKE NOTICE that defendant LNT Merchandising Company, LLC ("LNT"), by and through its undersigned counsel, hereby removes the state court action described below from the Superior Court of the State of California, County of Alameda, to the United States District Court for the Northern District of California pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. LNT respectfully submits that removal is proper for the following reasons:

EXHIBIT A

## BACKGROUND

1. On or about April 25, 2008, plaintiff commenced a civil action in the Superior Court of the State of California, County of Alameda, captioned *Yotrio International, LLC v. LNT Merchandising Company, LLC et al.*, Case No. RG08384043 (the "Action").

2. No process, pleadings or orders have been served on LNT in the Action as of the date of filing of this Notice of Removal.

3. LNT obtained copies of the documents that have been filed in the Superior Court to date in the Action on April 28, 2008 from the Superior Court's Web site. A true and correct copy of the Complaint with exhibits is attached hereto as Exhibit 1. A true and correct copy of the Superior Court Civil Cover Sheet is attached hereto as Exhibit 2. A true and correct copy of the Summons on Complaint is attached hereto as Exhibit 3. A true and correct copy of the Order Setting an Initial Case Management Conference is attached hereto as Exhibit 4. A true and correct copy of the Notice of Judicial Assignment is attached hereto as Exhibit 5.

4. This Notice of Removal is filed within thirty days of receipt by LNT of the Complaint and, thus, is timely under 28 U.S.C. § 1446(b). *See* Ex. 1.

5. As of the date of filing of this Notice of Removal, LNT is informed and believes that no other defendants have been served in the Action. Therefore, joinder of other defendants in this Notice is not required. *See Downs v. Monetary Management of California, Inc.*, 2000 WL 335949 at *3 (N.D. Cal. 2000) ("Those named as defendants but not yet served in the state court action need not join in the notice of removal.") (citing *Salveson v. Western States Bankcard Ass'n*, 731 F.2d 1423, 1429 (9th Cir.1984)).

6. Pursuant to 28 U.S.C. § 1446(d), LNT will promptly file a Notice of Filing of Notice of Removal with the Alameda County Superior Court to effectuate removal. LNT will also promptly serve plaintiff's attorneys of record with this Notice of Removal and the Notice of Filing of Notice of Removal.

7. Nothing herein constitutes a waiver of any of LNT's rights; objections or defenses, including without limitation its right to seek dismissal of the Complaint on any grounds.

## JURISDICTION

8. On information and belief, Plaintiff Yotrio International, LLC is organized in California and has its principal place of business in Emeryville, California, now and at all relevant times.

9. Defendant LNT is incorporated in Delaware and has its principal place of business in Clifton, New Jersey, now and at all relevant times.

10. On information and belief, Defendant United Parcel Service, Inc. ("UPS") is incorporated in Ohio and has its principal place of business in Atlanta, Georgia, now and at all relevant times.

11. There are no other named parties to the Action.

12. The amount in controversy in the Action is $657,911.01, which exceeds $75,000. (*See* Ex. 1 ¶¶ 9, 15, 19 & Prayer for Relief.)

13. This Court has diversity jurisdiction over the Action pursuant to 28 U.S.C. § 1332(a)-(b).

## INTRADISTRICT ASSIGNMENT

14. The Action was filed in the Alameda County Superior Court. Therefore, this action is properly removed to the Oakland Division of this Court pursuant to 28 U.S.C. § 1446(a).

WHEREFORE, LNT respectfully requests that the entire Action proceed before this Court as an action properly removed. This Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11.

Dated: April 28, 2008

Respectfully submitted,

COOLEY GODWARD KRONISH LLP

Alex C. Sears

Attorneys for Defendant
LNT MERCHANDISING COMPANY, LLC