COOLEY GODWARD KRONISH LLP
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 560-6000
Facsimile: (858) 560-6420

CRAIG C. DANIEL (212588)
(ccdaniel@cooley.com)
ALEX C. SEARS (232491)
(asears@cooley.com)
101 California St., Fifth Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
LNT MERCHANDISING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOTRIO INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LNT MERCHANDISING COMPANY, LLC, dba LINENS N' THINGS, INC., UNITED PARCEL SERVICE, INC., dba UPS SUPPLY CHAIN SOLUTIONS, INC., and DOES 1 through 50, INCLUSIVE,<br><br>Defendants | Case No. CV-08-2199 (MEJ)<br><br>**DECLARATION OF ALEX SEARS IN SUPPORT OF LNT MERCHANDISING COMPANY, LLC'S *EXPEDITED* MOTION TO DISSOLVE OR MODIFY TEMPORARY RESTRAINING ORDER [FED. R. CIV. P. 65(B)(4)]**<br><br>Date: May 1, 2008<br>Time: 10:00 AM<br>Department: Courtroom B, 15th floor<br>Judge: Hon. Maria-Elena James<br><br>Date removed: April 29, 2008 |

**I, Alex C. Sears, hereby declare as follows:**

**1.** I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am associated with Cooley Godward Kronish LLP, counsel for Defendant LNT Merchandising Company, LLC ("LNT"). I make the following statements of my own personal knowledge and, if called upon to testify to their truth, I could and would do so.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

1086134 v1/SF                   1.                   DECL. OF ALEX SEARS IN SUPP. OF LNT'S EXPEDITED MOTION TO DISSOLVE OR MODIFY TRO [FED. R. CIV. P. 65(B)(4)]

**2.** On April 28, 2008, I learned of the civil action captioned *Yotrio International, LLC v. LNT Merchandising Company, LLC et al.*, Case No. RG08384043, filed in the Superior Court for the County of Alameda (the "Action"). On the same date, I also learned that plaintiff Yotrio International, LLC ("Yotrio") would be moving *ex parte* for a temporary restraining order ("TRO") the following morning in Department 30 of the Alameda County Superior Court, located at the "Post Office" branch.

**3.** I am informed and believe that as of today, LNT has not yet been served with process in the State Court Action.

**4.** On the afternoon of April 28, 2008, LNT filed a Notice of Removal in this Court, on the grounds that this Court has diversity jurisdiction over the Action pursuant to 28 U.S.C. § 1332(a)-(b).

**5.** On the afternoon and in the early evening of April 28, 2008, after filing LNT's Notice of Removal in this Court, I prepared LNT's Notice to the Clerk of the Superior Court of the State of California for the County of Alameda and to Adverse Party of Removal of Action to Federal Court ("Notice to Clerk").

**6.** Also on the afternoon of April 28, 2008, I telephoned Yotrio's counsel James Cai and informed him that LNT had filed a Notice of Removal in this Court. In that phone call, Mr. Cai informed me that Yotrio intended to proceed with its motion for a TRO notwithstanding LNT's removal.

**7.** On the afternoon of April 28, 2008, I checked the civil filing hours of the Alameda County Superior Court on its Web site at the URL http://www.alameda.courts.ca.gov/courts/general/hours.shtml. That page stated that the Civil Filing hours for the Post Office branch were from 8:30 to 4:00.

**8.** On the morning of April 29, 2008, I appeared in the Alameda County Superior Court for the *ex parte* hearing on Yotrio's motion for a TRO, which was scheduled at 9:00 AM in Department 30.

**9.** On the morning of April 29, 2008, I arrived at the Post Office branch of the Alameda County Superior Court at 8:30 AM, with the intention of filing LNT's Notice to Clerk in

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

1086134 v1/SF       2.       DECL. OF ALEX SEARS IN SUPP. OF LNT'S EXPEDITED MOTION TO DISSOLVE OR MODIFY TRO [FED. R. CIV. P. 65(B)(4)]

1  advance of the *ex parte* hearing. However, a sign on the door of the filing clerk's office stated that
2  the office did not open until 10:30 AM, in discrepancy with the hours posted on the Alameda
3  County Superior Court Web site. Therefore, I was unable to file the Notice to Clerk in advance
4  of the *ex parte* hearing.

5  **10.** Before the April 29, 2008 *ex parte* hearing started, I explained to the courtroom
6  clerk and to the research attorney in Department 30 that LNT had filed a Notice of Removal the
7  previous day and that I had intended to file the Notice to Clerk that morning but that the filing
8  clerk's office was closed. I also provided a copy of LNT's Notice to Clerk to the courtroom clerk
9  and to the research attorney. Notwithstanding my explanation, the courtroom clerk would not
10 accept LNT's Notice to Clerk for filing prior to the *ex parte* hearing.

11 **11.** Yotrio's counsel let me briefly review a copy of Yotrio's TRO moving papers
12 before the April 29, 2008 *ex parte* hearing, but said that he did not have an extra copy of the
13 papers to give me at that time.

14 **12.** I provided a copy of LNT's Notice to Clerk to Yotrio's counsel for his review
15 prior to the April 29, 2008 *ex parte* hearing. Yotrio's counsel returned that copy to me before the
16 *ex parte* hearing began.

17 **13.** Defendant United Parcel Service, Inc., did not appear at the April 29, 2008 *ex*
18 *parte* hearing. Yotrio's counsel informed me at the April 29, 2008 *ex parte* hearing that United
19 Parcel Service, Inc., had not yet been served with process.

20 **14.** At the April 29, 2008 *ex parte* hearing, the parties' counsel were not allowed to
21 speak to the judge, who remained in chambers throughout the hearing: instead, the research
22 attorney brought Yotrio's moving papers and LNT's Notice to Clerk to chambers. Eventually,
23 the research attorney emerged from chambers and notified the parties' counsel that because the
24 Notice to Clerk had not yet been filed, the state court still had jurisdiction over the Action and
25 would grant Yotrio's requested relief.

26 **15.** Attached as Exhibit A is a true and correct copy of the Temporary Restraining
27 Order as signed by the judge at the April 29, 2008 *ex parte* hearing.

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

1086134 v1/SF                             3.                    **DECL. OF ALEX SEARS IN SUPP. OF LNT'S
                                                                EXPEDITED MOTION TO DISSOLVE
                                                                OR MODIFY TRO [FED. R. CIV. P. 65(B)(4)]**

**16.** Immediately following the April 29, 2008 *ex parte* hearing, I drove to another branch of the Alameda County Superior Court and filed the Notice to Clerk at the clerk's filing window.

**17.** On April 29, 2008, LNT served a copy of the Notice to Clerk on Yotrio through its counsel, and provided a courtesy copy to unserved defendant United Parcel Service, Inc., through its registered agent for service of process. Attached as Exhibit B is a true and correct copy of the Proof of Service on Yotrio for the Notice to Clerk.

**18.** On April 29, 2008, I contacted Yotrio's counsel by e-mail and requested that he provide a copy of Yotrio's *ex parte* TRO moving papers to me by fax or e-mail at his earliest opportunity. As of today, I have still not received a copy of Yotrio's *ex parte* TRO moving papers.

I declare under penalty of perjury under the laws of this State that the foregoing is true and correct.

Executed this 30th day of April, 2008 at San Francisco, California

By <u>Alex C. Sears /s/</u>
Alex C. Sears

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

1086134 v1/SF

4.

DECL. OF ALEX SEARS IN SUPP. OF LNT'S
EXPEDITED MOTION TO DISSOLVE
OR MODIFY TRO [FED. R. CIV. P. 65(B)(4)]

# EXHIBIT A

1 | James Cai   Bar Number 200189
SCHEIN & CAI, LLP
2 | 100 Century Center Court, Suite 315
San Jose, CA 95112
3 | (408) 436-0789       Phone
(408) 436-0758       Facsimile
4 |
5 | Attorney for Plaintiff,
YOTRIO INTERNATIONAL, LLC
6 |

**ENDORSED FILED
ALAMEDA COUNTY**

APR 2 9 2008

CLERK OF THE SUPERIOR COURT
By ___KATHLEEN McKEAN___
                                       Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA - UNLIMITED JURISDICTION

| | |
|---|---|
| YOTRIO INTERNATIONAL, LLC | Case Number:   RG 08 384043 |
| Plaintiffs, | [PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION |
| vs. | |
| LNT MERCHANDISING COMPANY, LLC, dba LINEN 'N' THINGS, INC., UNITED PARCEL SERVICE, INC., dba UPS SUPPLY CHAIN SOLUTIONS, INC., AND DOES 1 through 50, INCLUSIVE | Reservation Number: 823637 |
| Defendants | Date:   4/29/2008
Time:   9:00 a.m.
Dept:   30
Judge:  Hon. Kenneth Mark Burr |

ORDER TO SHOW CAUSE:

To:   LNT MERCHANDISING COMPANY, LLC, dba LINEN N' THINGS, INC. ("LNT")

Based upon the complaint filed in this action and the declaration of Kari Liu, you are ordered to appear on May 8, 2008 at 1:30 in Department 30 of this Court located at 201 13th Street in Oakland, California, to show cause why a preliminary injunction should not be ordered restraining and enjoining UNITED PARCEL SERVICE, its employees employees, agents or any other persons acting with it or in its behalf from transferring any inventory UPS

(Proposed) Order re: TRO                    1                         RG 08 384043

EXHIBIT A

1  has received from YOTRIO INTERNATIONAL LLC ("YOTRIO") to LNT, pending trial in this
2  action.

3              **TEMPORARY RESTRAINING ORDER:**

4      Pending hearing on the Order to Show Cause, United Parcel Service, its employees,
5  agents or any other persons acting with it or in its behalf are to be restrained from transferring
6  any inventory UPS has received from YOTRIO INTERNATIONAL LLC ("YOTRIO") to LNT.

7              **IT IS FURTHER ORDERED THAT:**

8      This Order to Show Cause and Temporary Restraining Order shall be served on
9  defendants LNT and UPS through their corporate counsel, or litigation counsel, once they
10 engage same. Proof of such service shall be filed at least _8_ days prior to the hearing.

11     Any Opposition papers to the Order to Show Cause shall be filed and served on plaintiff
12 by facsimile transmission [(408) 436-0758] or overnight mail no later than _5_ days before the
13 hearing. Any reply papers to the opposition shall be filed and served on defendant by either
14 facsimile transmission or overnight mail no later than ___ days before the hearing.

15     This restraining order granted shall expire on December 31, 2008 or until the Court so
16 directs.

17 Dated: 4-29-08

                                          _____
                                          JUDGE OF THE SUPERIOR COURT

[Proposed] Order re: TRO                    2                   RG 08 384043

# PROOF OF SERVICE
## [CCP §§ 1013, 1013a; CRC, Rule 2.306]

I am employed by the law offices of Schein & Cai LLP, and my business address is 100 Century Center Court, Suite 315, San Jose, CA 95112. I am over the age of 18 years and I am not a party to the cause.

On April 30, 2008 at the law offices of Schein & Cai LLP, I caused the following documents to be served:

TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY IN-JUNCTION

Service by fax: I caused the documents to be served by transmission to a fax machine maintained by the person on whom it was served at the fax machine telephone number as last given by that person on any document that the party has filed in the case and served on the party making service.

The name and address, and fax number (if applicable) of each person served in the manner stated above, is as follows:

Alex Sears
COOLEY GODWARD KORNISH
101 California Street
5th Floor
San Francisco, CA 94111-5800
(415) 693-2222 Facsimile

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: April 30, 2008

Erick Covarrubias

SCHEIN & CAI, LLP
SAN JOSE, CALIFOR-

- 1 -

PROOF OF SERVICE

# EXHIBIT B

1  COOLEY GODWARD KRONISH LLP
   MICHELLE C. DOOLIN (179445)
2  (mdoolin@cooley.com)
   4401 Eastgate Mall
3  San Diego, CA 92121
   Telephone:  (858) 560-6000
4  Facsimile:  (858) 560-6420

5  ALEX C. SEARS (232491)
   (asears@cooley.com)
6  101 California St., Fifth Floor
   San Francisco, CA 94111
7  Telephone:  (415) 693-2000
   Facsimile:  (415) 693-2222
8
   Attorneys for Defendant
9    LNT MERCHANDISING COMPANY, LLC

10              THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                    IN AND FOR THE COUNTY OF ALAMEDA

12 | YOTRIO INTERNATIONAL, LLC,          | District Court Case No. CV 08 2199 |
|---|---|
13 |                                      | State Court Case No. RG08384043 |
14 |        Plaintiff,                    | |
   |        v.                            | **PROOF OF SERVICE** |
15 | LNT MERCHANDISING COMPANY,          | |
16 | LLC,                                  | |
   | dba LINEN N' THINGS, INC., UNITED    | |
17 | PARCEL SERVICE, INC., dba UPS        | |
   | SUPPLY CHAIN SOLUTIONS, INC., and    | |
18 | DOES 1 through 50, INCLUSIVE,        | |
   |        Defendants                    | |

1085715 v1/SF

PROOF OF SERVICE

EXHIBIT B

**PROOF OF SERVICE**

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800. My e-mail address is ccornell@cooley.com. On the date set forth below I served the documents described below in the manner described below:

NOTICE TO THE CLERK OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF ALAMEDA AND TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT

[X] (BY U.S. MAIL – CCP § 1013a(1)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

[ ] (BY MESSENGER SERVICE – CCP § 1011) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

[ ] (BY FACSIMILE – CCP § 1013(e)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

[ ] (BY OVERNIGHT MAIL – CCP § 1013(c)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

[ ] (BY ELECTRONIC MAIL – CCP § 1010.6(a)(6)) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused such documents described herein to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

on the following part(ies) in this action:

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1085716 v1/SF                                1.

PROOF OF SERVICE

| | |
|---|---|
| 1 | James Cai |
| | Charles Standard |
| 2 | Schein & Cai LLP |
| | 100 Century Center Court |
| 3 | Suite 315 |
| | San Jose, CA 95112 |
| 4 | |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 28, 2008, at San Francisco, California.

/s/
_____
Cynthia A. Cornell

Cooley Godward
Kronish LLP
Attorneys At Law
San Francisco

1085716 v1/SF

2.

**PROOF OF SERVICE**