COOLEY GODWARD KRONISH LLP
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:     (858) 560-6000
Facsimile:      (858) 560-6420

CRAIG C. DANIEL (212588) (cdaniel@cooley.com)
ALEX C. SEARS (232491) (asears@cooley.com)
101 California St., Fifth Floor
San Francisco, CA 94111
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Defendant
LNT MERCHANDISING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOTRIO INTERNATIONAL, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LNT MERCHANDISING COMPANY, LLC, dba LINENS N' THINGS, INC., UNITED PARCEL SERVICE, INC., dba UPS SUPPLY CHAIN SOLUTIONS, INC., and DOES 1 through 50, INCLUSIVE,<br><br>　　　　　Defendants | Case No.  CV-08-2199 (MEJ)<br><br>**[PROPOSED] ORDER GRANTING LNT MERCHANDISING COMPANY, LLC'S MOTION TO DISSOLVE OR MODIFY TEMPORARY RESTRAINING ORDER [FED. R. CIV. P. 65(B)(4)]**<br><br>Date:　　　May 1, 2008<br>Time:　　　10:00 AM<br>Department: Courtroom B, 15th floor<br>Judge:　　　Hon. Maria-Elena James<br><br>Date removed: April 29, 2008 |

1  WHEREAS Defendants' Motion to Dissolve or modify Temporary Restraining Order
2  came before this Court on May 1, 2008.
3  NOW, having considered all memoranda submitted and the arguments of counsel, the
4  Court orders that the Temporary Restraining Order issued by the Superior Court of California,
5  County of Alameda, in case no. RG 08384043, is dissolved and shall have no further force or
6  effect.
7  IT IS SO ORDERED.
8  Dated: _____
9  Judge of the District Court