1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

YOTRIO INTERNATIONAL,LLC.,        )

                      Plaintiff (s)     )

            v.                 )

                             )

LNT MERCHANDISING CO.,        )

                   Defendant (s)  )

                             )

CASE  NO. C-08-2199 MEJ

**NOTICE OF IMPENDING**
**REASSIGNMENT TO A**
**UNITED STATES**
**DISTRICT COURT JUDGE**

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

__X__   (1)  One or more of the parties has requested reassignment to a United States District Judge, or

_____   (2)  One or more of the parties has sought  a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of  all parties, the necessary consents have not been secured, and time is of the essence.

_____   (3)  One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

All previous hearing dates are hereby  **VACATED.**

Dated: May 1, 2008

_____
Maria-Elena James
United States Magistrate Judge

_____
By: Brenda Tolbert, Deputy Clerk