COOLEY GODWARD KRONISH LLP
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone:   (858) 560-6000
Facsimile:    (858) 560-6420

CRAIG C. DANIEL (212588) (cdaniel@cooley.com)
ALEX C. SEARS (232491) (asears@cooley.com)
101 California St., Fifth Floor
San Francisco, CA 94111
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
LNT MERCHANDISING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOTRIO INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LNT MERCHANDISING COMPANY, LLC, dba LINENS N' THINGS, INC., UNITED PARCEL SERVICE, INC., dba UPS SUPPLY CHAIN SOLUTIONS, INC., and DOES 1 through 50, INCLUSIVE,<br><br>Defendants | Case No. CV-08-2199 (SI)<br><br>[PROPOSED] ORDER GRANTING LNT MERCHANDISING COMPANY, LLC'S MOTION TO SHORTEN TIME RE MOTION TO DISSOLVE OR MODIFY TEMPORARY RESTRAINING ORDER<br><br>[CIVIL LOCAL RULE 6-3]<br><br>Department: Courtroom 10, 19th floor<br>Judge:         Hon. Susan Illston<br><br>Date removed: April 29, 2008 |

1   WHEREAS Defendant LNT Merchandising Company, LLC's Motion to Shorten Time re
2   Motion to Dissolve or Modify Temporary Restraining Order came before this Court on
3   _____, 2008.
4   NOW, having considered all memoranda submitted and the arguments of counsel, the
5   Court orders that Defendant's Motion to Dissolve or Modify Temporary Restraining Order be
6   heard on a shortened time. Hearing on this matter is set for _____.
7   IT IS SO ORDERED.
8   Dated:                                                    _____
9                                                             Judge of the District Court