James Cai   Bar Number 200189
SCHEIN & CAI, LLP
100 Century Center Court, Suite 315
San Jose, CA  95112
(408) 436-0789        Phone
(408) 436-0758        Facsimile

Attorney for Plaintiff,
YOTRIO INTERNATIONAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOTRIO INTERNATIONAL, LLC | District Court Case No.:  CV 08 2199 |
| Plaintiffs, | State Court Case No.:    RG 08 384043 |
| vs. | DECLARATION OF CHARLES M. STANDARD IN RESPONSE TO THE REQUEST FOR AN ORDER SHORTENING TIME FILED BY LNT MERCHANDISING |
| LNT MERCHANDISING COMPANY, LLC,, dba LINEN N' THINGS, INC., UNITED PARCEL SERVICE, INC., dba UPS SUPPLY CHAIN SOLUTIONS, INC., AND DOES 1 through 50, INCLUSIVE | |
| Defendants | |

I, CHARLES M. STANDARD, declare as follows:

1.    I am an attorney duly licensed to practice before all of the Courts in the State of California and am attorney for plaintiff, herein.

2.    Plaintiff does not oppose LNT Merchandising Company, LLC's ("LNT") Request for an Order Shortening Time to have their Motion to Dissolve heard.  Plaintiff will Oppose the Motion to Dissolve and intends to have its Opposition papers filed on Monday.

3.    Plaintiff would like to hear a hearing date to have its own Application for an

Declaration                                              1                                              CV 08 2199

1  Order Shortening Time to have its Application for Writ of Attachment heard in this Court.

2      I declare under the penalty of perjury under the laws of the State of California that the

3  foregoing is true and correct.

4  Dated: May 1, 2008

                                       /s/ Charles Standard  
                                       CHARLES M. STANDARD  
                                       Attorney for Plaintiff, YOTRIO INTERNATIONAL LLC

**PROOF OF SERVICE**
**[CCP §§ 1013, 1013a; CRC, Rule 2.306]**

I am employed by the law offices of Schein & Cai LLP, and my business address is 100 Century Center Court, Suite 315, San Jose, CA 95112. I am over the age of 18 years and I am not a party to the cause.

On May 1, 2008 at the law offices of Schein & Cai LLP, I caused the following documents to be served:

DECLARATION OF CHARLES M. STANDARD IN RESPONSE TO THE REQEUST FOR AN ORDER SHORTENING TIME FILED BY LNT MERCHANDISING

Service by fax: I caused the documents to be served by transmission to a fax machine maintained by the person on whom it was served at the fax machine telephone number as last given by that person on any document that the party has filed in the case and served on the party making service.

Service by mail: I caused the documents to be served by depositing the documents in a post office, mailbox, subpost office, substation, or mail chute, or other like facility regularly maintained by the United States Postal Service, in a sealed envelope, with postage paid, addressed to the person on whom was served, at the office address as last given by that person on any document filed in the cause and served on the party making service by mail.

The name and address, and fax number (if applicable) of each person served in the manner stated above, is as follows:

Alex Sears
COOLEY GODWARD KORNISH
101 California Street
5th Floor
San Francisco, CA 94111-5800
(415) 693-2222   Facsimile

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: May 1, 2008

/s/ Erick Covarrubias
Erick Covarrubias