COOLEY GODWARD KRONISH LLP
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone:    (858) 560-6000
Facsimile:    (858) 560-6420

CRAIG C. DANIEL (212588)
ALEX C. SEARS (232491)
(asears@cooley.com)
101 California St., Fifth Floor
San Francisco, CA 94111
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
LNT MERCHANDISING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOTRIO INTERNATIONAL, LLC,<br><br>            Plaintiff,<br><br>        v.<br><br>LNT MERCHANDISING COMPANY, LLC, dba LINENS N' THINGS, INC., UNITED PARCEL SERVICE, INC., dba UPS SUPPLY CHAIN SOLUTIONS, INC., and DOES 1 through 50, INCLUSIVE,<br><br>            Defendants | Case No. CV-08-2199 (SI)<br><br>**LNT MERCHANDISING COMPANY, LLC'S SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY**<br><br>Department: Courtroom 10, 19th floor<br>Judge:      Hon. Susan Illston<br><br>Date removed: April 29, 2008 |

On May 2, 2008, (the "Petition Date"), LNT Merchandising Company LLC and Linens 'n Things, Inc., (collectively, the "Debtors") filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code in Case Nos. 08-10842 (CSS) and 08010833 (CSS), in the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court") (collectively, the "Bankruptcy").

1    The Bankruptcy is still pending before the Bankruptcy Court.

2    Pursuant to 11 U.S.C. § 362(a), an automatic stay applicable to all entities is imposed

3    upon the entry of an order for relief.  Among other things, the automatic stay precludes the

4    following:

5        (1)  the commencement or continuation, including the issuance or
     employment of process of a judicial, administrative, or other action

6    or proceeding against the debtor that was or could have been
     commenced before the commencement of the case under this title

7    or to recover a claim against the debtor that arose before the
     commencement of the case under this title . . . .

8    11 U.S.C. § 362(a) (2000).  Accordingly, effective as of the dates given above, this and all actions

9    against the Debtors and its bankruptcy estate are subject to the automatic stay and enjoined from

10   proceeding further absent relief from the Bankruptcy Court.

11   Attached hereto as Exhibit A and incorporated herein by reference is the Bankruptcy

12   Petition filed by LNT Merchandising Company LLC.  Attached hereto as Exhibit B and

13   incorporated herein by reference is the Bankruptcy Petition filed by Linens 'n Things, Inc.

14   Attached hereto as Exhibit C and incorporated herein by reference are the Pacer Docket Sheets

15   for the Bankruptcy.

16

17   Dated: May 2, 2008                     Respectfully submitted,

18                                          COOLEY GODWARD KRONISH LLP

19

20

21                                          Craig C. Daniel

22                                          Attorneys for Defendant

23                                          LNT MERCHANDISING COMPANY, LLC

24

25

26

27

28

1086434 v1/SF                                      2.

# EXHIBIT A

B1 Official Form 1 (1/08)                                                                                                                    Page 1

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>LNT Merchandising Company LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>20-0422616 | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |

| Street Address of Debtor (No. & Street, City, State):<br><br>6 Brighton Road, Clifton, New Jersey    07015 | Street Address of Joint Debtor (No. & Street, City, State):<br><br>ZIP CODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>Passaic County, New Jersey | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |

| Location of Principal Assets of Business Debtor (if different from street address above):    ZIP CODE |
|---|

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the<br>above entities, check this box and<br>state type of entity below) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9      Recognition of a Foreign<br>☒ Chapter 11     Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13     Recognition of a Foreign<br>                           Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br><br>☐ Debts are primarily consumer    ☒ Debts are primarily<br>debts, defined in 11 U.S.C.          business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or household<br>purpose." |
|---|---|---|

| Filing Fee (Check one box)<br><br>☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only).<br>Must attach signed application for the court's consideration certifying<br>that the debtor is unable to pay fee except in installments. Rule 1006(b).<br>See Official Form No. 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only).<br>Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br><br>Check one box:<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)<br><br>☒ Debtor is not a small business debtor as defined in 11 U.S.C.<br>§ 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding<br>debts owed to insiders or affiliates) are less than $2,190,000. |
|---|---|

| Statistical/Administrative Information<br><br>☒    Debtor estimates that funds will be available for distribution to unsecured<br>      creditors.<br>☐    Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>      there will be no funds available for distribution to unsecured creditors. | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one<br>or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Estimated Number of Creditors | | | | | | | | | | THIS SPACE IS FOR COURT<br>USE ONLY |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☒<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>Over-<br>100,000 | |

| Estimates Assets | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>Million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☒<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |

| Estimates Liabilities | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☒<br>More than<br>$1 billion |

RLF1-3272282-1

B1 Official Form 1 (1/08)                                                                                                        Page 2

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): LNT Merchandising Company LLC |
|---|---|

**All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: See Attached Rider 1 | Case Number: | Date Filed: |
|---|---|---|
| District: District of Delaware | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐   Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)          Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))

RLF1-3272282-1

B1 Official Form 1 (1/08)

Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | LNT Merchandising Company LLC |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only one box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|

X _____
Signature of Attorney for Debtor(s)
Mark D. Collins, Esq.
Printed Name of Attorney for Debtor(s)
Richards, Layton & Finger, P.A.
Firm Name
920 N. King Street, One Rodney Square
Address
Wilmington, Delaware 19801
(302) 651-7700
Telephone Number
May 2, 2008
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

| Signature of Debtor (Corporation/Partnership) | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
Francis M. Rowan
Printed Name of Authorized Individual
Chief Financial Officer
Title of Authorized Individual
May 2, 2008
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## Rider 1

### Pending Bankruptcy Cases Filed By This Debtor and Affiliates:
### Each Concurrently Filed in United States Bankruptcy Court, District of Delaware

- Linens Holding Co.

- Linens 'n Things, Inc.

- Linens 'n Things Center, Inc.

- Bloomington, MN., L.T., Inc.

- Vendor Finance, LLC

- LNT, Inc.

- LNT Services, Inc.

- LNT Leasing II, LLC

- LNT West, Inc.

- LNT Virginia LLC

- LNT Merchandising Company LLC

- LNT Leasing III, LLC

- Citadel LNT, LLC

**RESOLUTIONS BY THE
UNANIMOUS WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF
LNT MERCHANDISING COMPANY LLC**

**May 1, 2008**

Pursuant to Section 18-404(d) of the Delaware Limited Liability Company Act, the undersigned, being all of the directors of LNT Merchandising Company LLC, a Delaware limited liability company (the "Company"), hereby declare that when they have signed this consent or a counterpart hereof, the following resolutions shall then be consented to, approved of, and adopted to the same extent and to have the same force and effect as if adopted at a special meeting of the board of directors of the Company (the "Board") duly called and held for the purpose of acting upon proposals to adopt such resolutions:

**Approval of Bankruptcy Filing**

**WHEREAS**, the board of directors (the "Board") of LNT Merchandising Company LLC, a Delaware limited liability company (the "Company"), deems it to be desirable and in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code");

**NOW, THEREFORE, BE IT RESOLVED**, that the Chief Executive Officer and Chief Financial Officer of the Company, and any other person designated and so authorized by the Chief Executive Officer or Chief Financial Officer to act (each, an "Authorized Officer"), be and hereby are authorized, directed, and empowered, on behalf of and in the name of the Company, to execute and verify a petition in the name of the Company under the Bankruptcy Code, as well as all other ancillary documents, and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "Chapter 11 Case") in such form and at such time as the Authorizing Officer executing said petition shall determine;

**RESOLVED FURTHER**, that Authorized Officers of the Company be and are hereby authorized, directed, and empowered to open any new bank accounts, as needed, to be designated as "Debtor-in-Possession" bank accounts pursuant to the filing of the petition under chapter 11 of the Bankruptcy Code, and to include such signing parties on such accounts, as representatives of the Company, as may be designated from time to time by the Authorized Officers of the Company;

**RESOLVED FURTHER,** that the law firm of Gardere Wynne Sewell LLP ("Gardere") be and hereby is employed as attorneys for the Company under a general retainer in the Chapter 11 Case, subject to court approval;

**RESOLVED FURTHER,** that the law firm of Morgan, Lewis & Bockius LLP ("MLB") be and hereby is employed as attorneys for the Company under a general retainer in the Chapter 11 Case, subject to court approval;

**RESOLVED FURTHER,** that the law firm of Richards, Layton & Finger, P.A. ("RLF") be and hereby is employed as attorneys for the Company under a general retainer in the Chapter 11 Case, subject to court approval;

**RESOLVED FURTHER,** that the firm of Conway, Del Genio, Gries & Co., LLC ("Conway") be and hereby is employed to provide restructuring management services for the Company under a general retainer in the Chapter 11 Case, subject to court approval;

**RESOLVED FURTHER,** that the firm of Kurtzman Carson Consultants LLC ("KCC") be and hereby is employed as noticing and claims agent for the Company under a general retainer in the Chapter 11 Case, subject to court approval;

**RESOLVED FURTHER,** that the Authorized Officers of the Company be and hereby are authorized, directed, and empowered, on behalf of and in the name of the Company, to employ and retain such further legal, financial, accounting, investment banking, real estate consulting, and bankruptcy services firms (together with Gardere, MLB, RLF, Conway, and KCC, the "Professionals") as may be deemed necessary or appropriate by the Authorized Officers of the Company for the Chapter 11 Case;

**RESOLVED FURTHER,** that all acts lawfully done or actions lawfully taken by any Authorized Officer of the Company or any of the Professionals to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case, or any matter or proceeding related thereto, be and hereby are adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company;

**RESOLVED FURTHER,** that the Company, as a debtor and debtor-in-possession under chapter 11 of the Bankruptcy Code, be and hereby is authorized to: (a) borrow funds from, provide guaranties to, and undertake any and all related financing transactions contemplated thereby (collectively, the "Financing Transactions") with such lenders and on such terms as may be approved by any one of the Authorized Officers as reasonably necessary for the continuing conduct of affairs of the Company, and (b) pay related fees and grant security interests in and liens on some, all, or substantially all of the assets of the Company, as may be deemed necessary by any one or more of the Authorized Officers of the Company in connection with such borrowings;

**RESOLVED FURTHER,** that (a) the Authorized Officers of the Company be and hereby are authorized and empowered, with full power of delegations, in the name of, and on behalf of, the Company, as a debtor and debtor-in-possession, to take such

2

actions and execute and deliver such agreements, certificates, instruments, guaranties, notices, and any and all other documents as may be deemed necessary or appropriate to facilitate or consummate the Financing Transactions (collectively, the "Financing Documents"); (b) Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Authorized Officers are approved; and (c) the actions of the Authorized Officers taken pursuant to this resolution, including the execution and delivery of all agreements, certificates, instruments, guaranties, notices and other documents, shall be conclusive evidence of the approval thereof by such officer and by the Company;

**RESOLVED FURTHER,** that the Authorized Officers of the Company be and hereby are authorized and empowered, with full power of delegations, for and in the name and on behalf of the Company, to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to in the foregoing resolutions;

**RESOLVED FURTHER,** that any and all actions of any officer or director of the Company taken prior to the date hereof to (i) carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder, and (ii) take any such action to constitute conclusive evidence of the exercise of such discretionary authority, be and hereby are ratified, approved, and confirmed in all respects; and

**RESOLVED FURTHER,** that the Authorized Officers of the Company be and hereby are authorized, empowered, and directed to do or cause to be done all other things and acts, to execute and deliver or cause to be executed and delivered all other instruments, documents, and certificates and to pay or cause to be paid all costs, fees, and taxes as may be, in their sole judgment, necessary, proper, or advisable in order to carry out and comply with the purposes and intent of the foregoing resolutions; and that all of the acts and deeds of the Authorized Officers and directors of the Company that are consistent with the purposes and intent of such resolutions be and hereby are, in all respects, approved, confirmed, ratified, and adopted as the acts and deeds of the Company.

## Appointment of Officers

**WHEREAS,** Robert J. DiNicola ("DiNicola") has tendered his resignation dated May 1, 2008, as President and Chief Executive Officer of LNT Merchandising Company LLC, a Delaware limited liability company (the "Company"), to be effective (the "Effective Time") upon acceptance by the Board of Directors of the Company (the "Board") and the filing by the Company in the United States Bankruptcy Court for the District of Delaware of a petition seeking relief under the provisions of chapter 11 of the United States Code, 11 U.S.C. §§ 101 et seq.;

**NOW, THEREFORE, BE IT RESOLVED,** that the resignation of DiNicola be and hereby is accepted; and that from and after the Effective Time DiNicola shall continue to serve in his capacity as Executive Chairman of the Board;

3

**RESOLVED FURTHER**, that Michael F. Gries ("Gries") be and hereby is elected at the Effective Time to the offices of Interim Chief Executive Officer and Chief Restructuring Officer of the Company, to serve in such capacities until his successor is duly elected and qualified, further resolution of the Board, or his earlier resignation or removal from office;

**RESOLVED FURTHER**, that Gries, from and after the Effective Time, in his capacity as Chief Executive Officer and Chief Restructuring Officer of the Company, who may act without the joinder of any of the other officers of the Company, be and hereby is authorized, empowered, and directed, in the name and on behalf of the Company, to do all such further acts, including, but not limited to, (i) the negotiation of such additional agreements, amendments, supplements, reports, documents, instruments, applications, notes, or certificates not now known but which may be required, (ii) the negotiation of such changes and additions to any agreements, amendments, supplements, reports, documents, instruments, applications, notes, or certificates currently existing (including, without limitation, any documents related to obtaining third-party consents to the transactions contemplated hereby), (iii) the execution, delivery, and filing (if applicable) of any of the foregoing, and (iv) the payment of all fees, consent payments, taxes, and other expenses as the Interim Chief Executive Officer and Chief Restructuring Officer, in his sole discretion, shall deem necessary, appropriate, or advisable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such acts, negotiations, executions, deliveries, filings, and payments to be conclusive evidence that Gries, in his capacity as Interim Chief Executive Officer and Chief Restructuring Officer, deemed the same to be necessary, appropriate, or advisable, and that such acts, negotiations, executions, deliveries, filings, and payments are hereby authorized and approved;

**RESOLVED FURTHER**, that Gries, from and after the Effective Time, in his capacity as Interim Chief Executive Officer and Chief Restructuring Officer of the Company, be and hereby is designated as an authorized signatory on all bank accounts of the Company, wherever located;

**RESOLVED FURTHER**, that Gries, from and after the Effective Time, in his capacity as Interim Chief Executive Officer and Chief Restructuring Officer of the Company, be and hereby is designated to be permitted full online access to any and all bank accounts of the Company; and

**RESOLVED FURTHER**, that F. David Coder be and hereby is promoted at the Effective Time to the offices of President and Chief Operating Officer of the Company, to serve in such capacities until the next annual meeting of the Board or until his successor is duly elected and qualified or his earlier resignation or removal from office.

[Remainder of page intentionally left blank.]

4

IN WITNESS WHEREOF, the undersigned, being all of the directors of the Company, have executed this consent effective as of the date first above written.

_____
Robert J. DiNicola

_____
Francis M. Rowan

DALLAS 1925847v1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | **Chapter 11** |
| ) | |
| **LNT MERCHANDISING COMPANY** ) | **Case No. 08-_____ (    )** |
| **LLC, a Delaware limited liability company,** ) | |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 20-0422616 ) | |

## LIST OF CREDITORS HOLDING
## 30 LARGEST UNSECURED CLAIMS

The above captioned debtor in this chapter 11 case (the "Debtor") filed a voluntary petition in this Court on May 2, 2008 (the "Petition Date") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532.  The list has been prepared on a consolidated basis, from the books and records of the debtor and certain affiliated entities that have simultaneously commenced chapter 11 cases in this Court (the "Debtors").[1]  The Top 30 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtor's chapter 11 case.  The Top 30 List does not include:  (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims.  The information presented in the Top 30 List shall not constitute an admission by, nor is it binding on, the Debtors.  The failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' rights to contest the validity, priority, and/or amount of any such claim.

[Creditor Listing Begins on Next Page]

---

[1]  The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Linens Holding Co. (2917), Linens 'n Things, Inc. (3939), Linens 'n Things Center, Inc. (0308), Bloomington, MN., L.T., Inc. (8498), Vendor Finance, LLC (5543), LNT, Inc. (4668), LNT Services, Inc. (2093), LNT Leasing II, LLC (4182), LNT West, Inc. (1975), LNT Virginia LLC (9453), LNT Merchandising Company LLC (2616), LNT Leasing III, LLC (3599) and Citadel LNT, LLC (2479).

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| YANKEE CANDLE COMPANY<br>PO BOX 110<br>SOUTH DEERFIELD, MA 01373-0110<br>PHONE: 800-792-6180<br>FAX: 413-665-3184 | YANKEE CANDLE COMPANY<br>PO BOX 110<br>SOUTH DEERFIELD, MA 01373-0110<br>PHONE: 800-792-6180<br>FAX: 413-665-3184 | TRADE | | $4,604,554.93 |
| AEOLUS DOWN L/C<br>14050 NORTON AVENUE<br>CHINO, CA 91710<br>PHONE: 909-465-6118<br>FAX: 909-627-1173 | AEOLUS DOWN L/C<br>14050 NORTON AVENUE<br>CHINO, CA 91710<br>PHONE: 909-465-6118<br>FAX: 909-627-1173 | TRADE | | $4,286,370.59 |
| AMCOR, INC.<br>685 A GOTHAM PARKWAY<br>CARLSTADT, NJ 07072<br>PHONE: 866-361-2233<br>FAX: 201-460-9481 | AMCOR, INC.<br>685 A GOTHAM PARKWAY<br>CARLSTADT, NJ 07072<br>PHONE: 866-361-2233<br>FAX: 201-460-9481 | TRADE | | $3,685,132.00 |
| OXO INTERNATIONAL, LTD.<br>1 HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PHONE: 915-225-8000<br>FAX: 915-225-8081 | OXO INTERNATIONAL, LTD.<br>1 HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PHONE: 915-225-8000<br>FAX: 915-225-8081 | TRADE | | $3,522,478.40 |
| BRENTWOOD ORIGINALS<br>20639 SOUTH FORDYCE AVE<br>LONG BEACH, CA 90810<br>PHONE: 201-641-7766<br>FAX: 201-641-1712 | BRENTWOOD ORIGINALS<br>20639 SOUTH FORDYCE AVE<br>LONG BEACH, CA 90810<br>PHONE: 201-641-7766<br>FAX: 201-641-1712 | TRADE | | $3,510658.5 |
| REGAL HOME COLLECTIONS INC.<br>271 5TH AVENUE<br>NEW YORK, NY 10016<br>PHONE: 212-213-3323<br>FAX: 212-213-9398 | REGAL HOME COLLECTIONS INC.<br>271 5TH AVENUE<br>NEW YORK, NY 10016<br>PHONE: 212-213-3323<br>FAX: 212-213-9398 | TRADE | | $3,086,479.83 |
| GROUPE SEB USA<br>FORMERLY ROWENTA<br>196 BOSTON AVENUE<br>MEDFORD, MA 02155<br>PHONE: 781-306-4660<br>FAX: 781-396-1313 | GROUPE SEB USA<br>FORMERLY ROWENTA<br>196 BOSTON AVENUE<br>MEDFORD, MA 02155<br>PHONE: 781-306-4660<br>FAX: 781-396-1313 | TRADE | | $2,670,391.99 |
| M. BLOCK & SONS, INC.<br>5020 W. 73RD STREET<br>BEDFORD PARK, IL 60638<br>PHONE: 708-728-8400<br>FAX: 708-728-0022 | M. BLOCK & SONS, INC.<br>5020 W. 73RD STREET<br>BEDFORD PARK, IL 60638<br>PHONE: 708-728-8400<br>FAX: 708-728-0022 | TRADE | | $2,094,348.41 |
| CROSCILL INC.<br>261 5TH AVENUE<br>NEW YORK, NY 10016<br>PHONE: 212-689-7222<br>FAX: 212-481-8656 | CROSCILL INC.<br>261 5TH AVENUE<br>NEW YORK, NY 10016<br>PHONE: 212-689-7222<br>FAX: 212-481-8656 | TRADE | | $2,080,651.23 |
| N.I. TEIJIN SHOJI (USA), INC.<br>1412 BROADWAY, SUITE 1100<br>NEW YORK, NY 10018<br>PHONE: 212-840-6900<br>FAX: 212-719-9656 | N.I. TEIJIN SHOJI (USA), INC.<br>1412 BROADWAY, SUITE 1100<br>NEW YORK, NY 10018<br>PHONE: 212-840-6900<br>FAX: 212-719-9656 | TRADE | | $2,026,426.73 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| ROYALE LINENS 993 BELLEVILLE TURNPIKE KEARNY, NJ 07032 PHONE: 201-997-3700 FAX: 201-997-2780 | ROYALE LINENS 993 BELLEVILLE TURNPIKE KEARNY, NJ 07032 PHONE: 201-997-3700 FAX: 201-997-2780 | TRADE | | $1,966,821.86 |
| MAPLES INDUSTRIES INC. MOODY RIDGE ROAD SCOTTSBORO, AL 35768 PHONE: 256-259-1327 FAX: 256-259-2072 | MAPLES INDUSTRIES INC. MOODY RIDGE ROAD SCOTTSBORO, AL 35768 PHONE: 256-259-1327 FAX: 256-259-2072 | TRADE | | $1,901,206.87 |
| ONTEL PRODUCTS CORPORATION 21 LAW DRIVE FAIRFIELD, NJ 07004 PHONE: 973-439-9000 FAX: 973-439-9024 | ONTEL PRODUCTS CORPORATION 21 LAW DRIVE FAIRFIELD, NJ 07004 PHONE: 973-439-9000 FAX: 973-439-9024 | TRADE | | $1,824,743.93 |
| HOMESTEAD INT'L GROUP/IMPORT FORMERLY LONDON FOG GROUP 1359 BROADWAY NEW YORK, NY 10018 PHONE: 212-790-3000 FAX: 212-790-3192 | HOMESTEAD INT'L GROUP/IMPORT FORMERLY LONDON FOG GROUP 1359 BROADWAY NEW YORK, NY 10018 PHONE: 212-790-3000 FAX: 212-790-3192 | TRADE | | $1,789,785.73 |
| MEYER CORP. U.S. 1 MEYER PLAZA 525 CURTOLA PARKWAY VALLEJO, CA 94590 PHONE: 701-551-2730 FAX: 707-551-2957 | MEYER CORP. U.S. 1 MEYER PLAZA 525 CURTOLA PARKWAY VALLEJO, CA 94590 PHONE: 701-551-2730 FAX: 707-551-2957 | TRADE | | $1,768,761.41 |
| AMERICAN FIBER IND. SPRING GLOBAL 205 N WHITE STREET FORT MILL, SC 29715 PHONE: 803-574-1500 FAX: 803-547-1636 | AMERICAN FIBER IND. SPRING GLOBAL 205 N WHITE STREET FORT MILL, SC 29715 PHONE: 803-574-1500 FAX: 803-547-1636 | TRADE | | $1,627,835.77 |
| KITCHEN AID PORTABLE APPLIANCE 2000 N M63 BENTON HARBOR, MI 49022 PHONE: 269-923-5000 FAX: 269-923-3525 | KITCHEN AID PORTABLE APPLIANCE 2000 N M63 BENTON HARBOR, MI 49022 PHONE: 269-923-5000 FAX: 269-923-3525 | TRADE | | $1,624,347.36 |
| WYTHE-WILL DISTRBUTING LLC 3612 LAGRANGE PARKWAY TOANO, VA 23168 PHONE: 757-565-0351 FAX: 757-565-3755 | WYTHE-WILL DISTRBUTING LLC 3612 LAGRANGE PARKWAY TOANO, VA 23168 PHONE: 757-565-0351 FAX: 757-565-3755 | TRADE | | $1,575,768.55 |
| PACIFIC COAST FEATHER COMPANY P.O. BOX 80385/1964 FOURTH AVENUE SOUTH SEATTLE, WA 98108 PHONE: 206-336-2453 FAX: 206-625-9783 | PACIFIC COAST FEATHER COMPANY P.O. BOX 80385/1964 FOURTH AVENUE SOUTH SEATTLE, WA 98108 PHONE: 206-336-2453 FAX: 206-625-9783 | TRADE | | $1,559,199.84 |

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| VICTORIA CLASSICS IMPORT<br>2170 RT #27<br>EDISON, NJ 08817<br>FAX: 212-213-5073 | VICTORIA CLASSICS IMPORT<br>2170 RT #27<br>EDISON, NJ 08817<br>FAX: 212-213-5073 | TRADE | | $1,393,881.66 |
| INDIA INK<br>C/O AMY BASEM<br>2457 E 27TH ST<br>LOS ANGELES, CA 90058<br>PHONE: 323-277-8400<br>FAX: 213-589-9321 | INDIA INK<br>C/O AMY BASEM<br>2457 E 27TH ST<br>LOS ANGELES, CA 90058<br>PHONE: 323-277-8400<br>FAX: 213-589-9321 | TRADE | | $1,344,263.11 |
| NASSAU CANDY DISTRIBUTORS INC<br>JEFF NORRIS<br>530 WEST JOHN ST<br>HICKSVILLE, NY 11801<br>PHONE: 516-433-7100<br>FAX: 516-433-9010 | NASSAU CANDY DISTRIBUTORS INC<br>JEFF NORRIS<br>530 WEST JOHN ST<br>HICKSVILLE, NY 11801<br>PHONE: 516-433-7100<br>FAX: 516-433-9010 | TRADE | | $1,311,801.25 |
| INTERDESIGN,INC.<br>30725 SOLON INDUSTRIAL PARKWAY<br>SOLON, OH 44139<br>PHONE: 440-248-0178<br>FAX: 440-248-9358 | INTERDESIGN,INC.<br>30725 SOLON INDUSTRIAL PARKWAY<br>SOLON, OH 44139<br>PHONE: 440-248-0178<br>FAX: 440-248-9358 | TRADE | | $1,219,999.17 |
| SOURCING NETWORK SALES LLC IMPORT<br>JAMES YOUNG<br>DBA PANDIGITAL LAMORINDA DISTR<br>6300 VILLAGE PKWY, SUITE 10<br>DUBLIN, CA 94568<br>PHONE: 925-833-7898<br>FAX: 925-833-7899 | SOURCING NETWORK SALES LLC IMPORT<br>JAMES YOUNG<br>DBA PANDIGITAL LAMORINDA DISTR<br>6300 VILLAGE PKWY, SUITE 10<br>DUBLIN, CA 94568<br>PHONE: 925-833-7898<br>FAX: 925-833-7899 | TRADE | | $1,217,744.41 |
| LIZ CLAIBORNE DIV.OF AMERICAN<br>3901 GANTZ RD., SUITE A<br>GROVE CITY, OH 43123<br>PHONE: 614-871-2400<br>FAX: 614-871-2422 | LIZ CLAIBORNE DIV.OF AMERICAN<br>3901 GANTZ RD., SUITE A<br>GROVE CITY, OH 43123<br>PHONE: 614-871-2400<br>FAX: 614-871-2422 | TRADE | | $1,217,603.89 |
| RICHLOOM HOME FASHIONS - IMPORT<br>261 5TH AVENUE, 12TH FLOOR<br>NEW YORK, NY 10016<br>PHONE: 212-685-5400<br>FAX: 212-703-3470 | RICHLOOM HOME FASHIONS - IMPORT<br>261 5TH AVENUE, 12TH FLOOR<br>NEW YORK, NY 10016<br>PHONE: 212-685-5400<br>FAX: 212-703-3470 | TRADE | | $1,213,672.38 |
| S LICHTENBERG & CO., INC<br>295 FIFTH AVENUE<br>NEW YORK, NY 10016<br>PHONE: 212-689-4510<br>FAX: 212-689-4517 | S LICHTENBERG & CO., INC<br>295 FIFTH AVENUE<br>NEW YORK, NY 10016<br>PHONE: 212-689-4510<br>FAX: 212-689-4517 | TRADE | | $1,177,175.81 |
| CHF INDUSTRIES INC IMPORT<br>FORMERLY CAMEO CURTAINS INC<br>ONE PARK AVENUE, 9TH FLOOR<br>NEW YORK, NY 10016<br>PHONE: 212-951-7800<br>FAX: 212-951-8001 | CHF INDUSTRIES INC IMPORT<br>FORMERLY CAMEO CURTAINS INC<br>ONE PARK AVENUE, 9TH FLOOR,<br>NEW YORK, NY 10016<br>PHONE: 212-951-7800<br>FAX: 212-951-8001 | TRADE | | $1,133,872.9 |

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| QUEST SALES & SERVICES INC<br>ANGIE GERBER<br>1400 RAFF RD<br>CANTON, OH 44750<br>PHONE: 800-348-5890<br>FAX: 330-478-2203 | QUEST SALES & SERVICES INC<br>ANGIE GERBER<br>1400 RAFF RD<br>CANTON, OH 44750<br>PHONE: 800-348-5890<br>FAX: 330-478-2203 | TRADE | | $1,100,468.33 |
| CALPHALON CORP.<br>C/O NEWELL RUBBERMAID<br>29 EAST STEPHENSON STREET<br>FREEPORT, IL 61032<br>PHONE: 815-235-4171<br>FAX: 800-795-2178 | CALPHALON CORP.<br>C/O NEWELL RUBBERMAID<br>29 EAST STEPHENSON STREET<br>FREEPORT, IL 61032<br>PHONE: 815-235-4171<br>FAX: 800-795-2178 | TRADE | | $1,067,108.2 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LNT MERCHANDISING COMPANY | ) | Case No. 08-_____ (   ) |
| LLC, a Delaware limited liability company, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-0422616 | ) | |

## DECLARATION CONCERNING THE DEBTOR'S LIST OF CREDITORS
## HOLDING THE THIRTY LARGEST UNSECURED CLAIMS

I, Francis M. Rowan, Senior Vice President and the Chief Financial Officer of LNT Merchandising Company LLC, declare under penalty of perjury that I have reviewed the foregoing List of Creditors Holding the Thirty Largest Unsecured Claims and that the information contained therein is true and correct to the best of my information and belief.

Dated: May 2, 2008

_____

Name:  Francis M. Rowan
Title:   Senior Vice President and the Chief
            Financial Officer

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **LNT MERCHANDISING COMPANY** | ) Case No. 08-_____ (    ) |
| **LLC, a Delaware limited liability company,** | ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-0422616 | ) |

## LIST OF EQUITY SECURITY HOLDERS

The Equity Security Holder for the Debtor in the above-captioned case is:

| Name | Address | Equity Holdings |
|---|---|---|
| LNT West, Inc. | 6 Brighton Road<br>Clifton, NJ  07015 | 100% |

RLF1-3272282-1

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LNT MERCHANDISING COMPANY | ) | Case No. 08-_____ ( ) |
| LLC, a Delaware limited liability company, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-0422616 | ) | |

### DECLARATION CONCERNING THE DEBTOR'S LIST
### OF EQUITY SECURITY HOLDERS

I, Francis M. Rowan, Senior Vice President and the Chief Financial Officer of LNT Merchandising Company LLC, declare under penalty of perjury that I have reviewed the foregoing List of Equity Security Holders and that the information contained therein is true and correct to the best of my information and belief.

Dated: May 2, 2008

Name:  Francis M. Rowan
Title:  Senior Vice President and the Chief
Financial Officer

RLF1-3272282-1

# EXHIBIT B

B1 Official Form 1 (1/08)                                                                                          Page 1

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Linens 'n Things, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>22-3463939 | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State):<br>6 Brighton Road, Clifton, New Jersey       07015 | Street Address of Joint Debtor (No. & Street, City, State):       ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Passaic County, New Jersey | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):       ZIP CODE | Mailing Address of Joint Debtor (if different from street address):       ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):       ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the
  above entities, check this box and
  state type of entity below)
_____

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in
  11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed (Check one box)**

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for
  Recognition of a Foreign
  Main Proceeding
☐ Chapter 15 Petition for
  Recognition of a Foreign
  Nonmain Proceeding

**Nature of Debts**
(Check one box.)

☐ Debts are primarily consumer
  debts, defined in 11 U.S.C.
  § 101(8) as "incurred by an
  individual primarily for a
  personal, family, or household
  purpose."

☒ Debts are primarily
  business debts.

**Filing Fee (Check one box)**

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only).
  Must attach signed application for the court's consideration certifying
  that the debtor is unable to pay fee except in installments. Rule 1006(b).
  See Official Form No. 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only).
  Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured
  creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
  there will be no funds available for distribution to unsecured creditors.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)
☒ Debtor is not a small business debtor as defined in 11 U.S.C.
  § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding
  debts owed to insiders or affiliates) are less than $2,190,000.
------------------------------------------------------------

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one
  or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

THIS SPACE IS FOR COURT
USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☒ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 | ☐ Over-100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 Million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☒ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☒ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 Official Form 1 (1/08)                                                                                              Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Linens 'n Things, Inc. | |
|---|---|---|
| **All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)** | | |
| Location<br>Where Filed: - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
| Name of Debtor:<br>See Attached Rider 1 | Case Number: | Date Filed: |
| District:<br>District of Delaware | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐　Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>　Signature of Attorney for Debtor(s)　　　　　　　Date |

| Exhibit C |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐　Yes, and Exhibit C is attached and made a part of this petition.<br><br>☒　No |

| Exhibit D |
|---|
| (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐　Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐　Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| Information Regarding the Debtor - Venue<br>(Check any applicable box) |
|---|
| ☒　Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☒　There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐　Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| Certification by a Debtor Who Resides as a Tenant of Residential Property<br>*Check all applicable boxes.* |
|---|
| ☐　Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)<br><br>　　　　　　　　　　　　　　　　　_____<br>　　　　　　　　　　　　　　　　　(Name of landlord that obtained judgment)<br><br>　　　　　　　　　　　　　　　　　_____<br>　　　　　　　　　　　　　　　　　(Address of landlord)<br><br>☐　Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐　Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐　Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)) |

RLF1-3272218-1

Page 3

B1 Official Form 1 (1/08)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Linens 'n Things, Inc. |

Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

  Telephone Number (if not represented by attorney)

  Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  (Signature of Foreign Representative)

_____
  (Printed Name of Foreign Representative)

_____
  Date

**Signature of Attorney***

X _____
  Signature of Attorney for Debtor(s)
  Mark D. Collins, Esq.
  Printed Name of Attorney for Debtor(s)
  Richards, Layton & Finger, P.A.
  Firm Name
  920 N. King Street, One Rodney Square
  Address
  Wilmington, Delaware 19801
  (302) 651-7700
  Telephone Number
  May 2, 2008
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Authorized Individual
  Francis M. Rowan
  Printed Name of Authorized Individual
  Chief Financial Officer
  Title of Authorized Individual
  May 2, 2008
  Date

**Rider 1**

**Pending Bankruptcy Cases Filed By This Debtor and Affiliates:**
**Each Concurrently Filed in United States Bankruptcy Court, District of Delaware**

- Linens Holding Co.

- Linens 'n Things, Inc.

- Linens 'n Things Center, Inc.

- Bloomington, MN., L.T., Inc.

- Vendor Finance, LLC

- LNT, Inc.

- LNT Services, Inc.

- LNT Leasing II, LLC

- LNT West, Inc.

- LNT Virginia LLC

- LNT Merchandising Company LLC

- LNT Leasing III, LLC

- Citadel LNT, LLC

@001/004

# LINENS HOLDING CO.
# LINENS 'N THINGS, INC.
## SECRETARY'S CERTIFICATE

### May 1, 2008

I, Francis M. Rowan, Secretary of each of Linens Holding Co., a Delaware corporation ("Holding"), and Linens 'n Things, Inc., a Delaware corporation ("LNT" and, together with Holding, the "Companies"), do hereby certify the following at and as of the date hereof:

1.      I am the duly elected, qualified, and acting Secretary of each of the Companies.

2.      Attached hereto as Exhibit A is a true, correct, and complete copy of resolutions (the "Resolutions") adopted by a unanimous vote of the boards of directors of each of the Companies (the "Boards") at a joint meeting of the Boards duly called and held for that purpose on May 1, 2008

3.      The Resolutions were duly adopted by the Boards in accordance with the By-laws of each of the Companies and the laws of the State of Delaware.

4.      The Resolutions are not inconsistent with the Certificate of Incorporation and the By-laws of each of the Companies.

5.      The Resolutions have not been amended, modified, repealed, or rescinded since adopted, and are in full force and effect as of the date hereof.

6.      The Resolutions are the only resolutions relating to the subject matter thereof adopted by the Boards, any committees of the Boards, or the stockholders of the Companies.

IN WITNESS WHEREOF, the undersigned has caused this Secretary's Certificate to be executed as of the date first set forth above.

Francis M. Rowan
Secretary

DALLAS 1926132v1

# EXHIBIT A

## Approval of Bankruptcy Filing

**WHEREAS,** the Boards of Directors of each of Linens Holding Co., a Delaware corporation ("Holding"), and Linens 'n Things, Inc., a Delaware corporation and wholly owned subsidiary of Holding (together with Holding, the "Companies"), deem it to be desirable and in the best interests of each of the Companies, their respective creditors, and other interested parties that a petition be filed by each of the Companies seeking relief under the provisions of chapter 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code");

**NOW, THEREFORE, BE IT RESOLVED,** that the Chief Executive Officer and Chief Financial Officer of each of the Companies, and any other person designated and so authorized by the Chief Executive Officer or Chief Financial Officer to act (each, an "Authorized Officer"), be and hereby are authorized, directed, and empowered, on behalf of and in the name of the Companies, to execute and verify a petition in the name of each of the Companies under the Bankruptcy Code, as well as all other ancillary documents, and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "Chapter 11 Case") in such form and at such time as the Authorizing Officer executing said petition shall determine;

**RESOLVED FURTHER,** that Authorized Officers of each of the Companies be and are hereby authorized, directed, and empowered to open any new bank accounts, as needed, to be designated as "Debtor-in-Possession" bank accounts pursuant to the filing of the petition under chapter 11 of the Bankruptcy Code, and to include such signing parties on such accounts, as representatives of the Companies, as may be designated from time to time by the Authorized Officers of the Companies;

**RESOLVED FURTHER,** that the law firm of Gardere Wynne Sewell LLP ("Gardere") be and hereby is employed as attorneys for each of the Companies under a general retainer in the Chapter 11 Case, subject to court approval;

**RESOLVED FURTHER,** that the law firm of Morgan, Lewis & Bockius LLP ("MLB") be and hereby is employed as attorneys for each of the Companies under a general retainer in the Chapter 11 Case, subject to court approval;

**RESOLVED FURTHER,** that the law firm of Richards, Layton & Finger, P.A. ("RLF") be and hereby is employed as attorneys for each of the Companies under a general retainer in the Chapter 11 Case, subject to court approval;

**RESOLVED FURTHER,** that the firm of Conway, Del Genio, Gries & Co., LLC ("Conway") be and hereby is employed to provide restructuring management services for each of the Companies under a general retainer in the Chapter 11 Case, subject to court approval;

**RESOLVED FURTHER,** that the firm of Kurtzman Carson Consultants LLC ("KCC") be and hereby is employed as noticing and claims agent for each of the Companies under a general retainer in the Chapter 11 Case, subject to court approval;

**RESOLVED FURTHER,** that the Authorized Officers of each of the Companies be and hereby are authorized, directed, and empowered, on behalf of and in the name of each of the Companies, to employ and retain such further legal, financial, accounting, investment banking, real estate consulting, and bankruptcy services firms (together with Gardere, MLB, RLF, Conway, and KCC, the "Professionals") as may be deemed necessary or appropriate by the Authorized Officers of each of the Companies for the Chapter 11 Case;

**RESOLVED FURTHER,** that all acts lawfully done or actions lawfully taken by any Authorized Officer of each of the Companies or any of the Professionals to seek relief on behalf of the Companies under chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case, or any matter or proceeding related thereto, be and hereby are adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the respective Companies;

**RESOLVED FURTHER,** that each of the Companies, as a debtor and debtor-in-possession under chapter 11 of the Bankruptcy Code, be and hereby is authorized to: (a) borrow funds from, provide guaranties to, and undertake any and all related financing transactions contemplated thereby (collectively, the "Financing Transactions") with such lenders and on such terms as may be approved by any one of the Authorized Officers as reasonably necessary for the continuing conduct of affairs of each of the Companies, and (b) pay related fees and grant security interests in and liens on some, all, or substantially all of the assets of each of the respective Companies, as may be deemed necessary by any one or more of the Authorized Officers of each of the respective Companies in connection with such borrowings;

**RESOLVED FURTHER,** that (a) the Authorized Officers of each of the Companies be and hereby are authorized and empowered, with full power of delegations, in the name of, and on behalf of, each of the respective Companies, as a debtor and debtor-in-possession, to take such actions and execute and deliver such agreements, certificates, instruments, guaranties, notices, and any and all other documents as may be deemed necessary or appropriate to facilitate or consummate the Financing Transactions (collectively, the "Financing Documents"); (b) Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Authorized Officers are approved; and (c) the actions of the Authorized Officers taken pursuant to this resolution, including the execution and delivery of all agreements, certificates, instruments, guaranties, notices, and other documents, shall be conclusive evidence of the approval thereof by such officer and by the Companies;

**RESOLVED FURTHER,** that the Authorized Officers of each of the Companies be and hereby are authorized and empowered, with full power of delegations, for and in the name and on behalf of each of the respective Companies, to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to in the foregoing resolutions;

**RESOLVED FURTHER,** that any and all actions of any officer or director of each of the Companies taken prior to the date hereof to (i) carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder, and (ii) take any such action to constitute conclusive evidence of the exercise of such discretionary authority, be and hereby are ratified, approved, and confirmed in all respects; and

A-2

DALLAS 1926132v1

**RESOLVED FURTHER,** that the Authorized Officers of each of the Companies be and hereby are authorized, empowered, and directed to do or cause to be done all other things and acts, to execute and deliver or cause to be executed and delivered all other instruments, documents, and certificates and to pay or cause to be paid all costs, fees, and taxes as may be, in their sole judgment, necessary, proper, or advisable in order to carry out and comply with the purposes and intent of the foregoing resolutions; and that all of the acts and deeds of the Authorized Officers and directors of each of the Companies that are consistent with the purposes and intent of such resolutions be and hereby are, in all respects, approved, confirmed, ratified, and adopted as the respective acts and deeds of the Companies.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **LINENS 'N THINGS, INC.,** | ) | **Case No. 08-_____ (    )** |
| **a Delaware corporation,** | ) | |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| **Tax I.D. No. 22-3463939** | ) | |

### LIST OF CREDITORS HOLDING
### 30 LARGEST UNSECURED CLAIMS

The above captioned debtor in this chapter 11 case (the "Debtor") filed a voluntary petition in this Court on May 2, 2008 (the "Petition Date") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. The list has been prepared on a consolidated basis, from the books and records of the debtor and certain affiliated entities that have simultaneously commenced chapter 11 cases in this Court (the "Debtors").[1] The Top 30 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtor's chapter 11 case. The Top 30 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. The information presented in the Top 30 List shall not constitute an admission by, nor is it binding on, the Debtors. The failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' rights to contest the validity, priority, and/or amount of any such claim.

[Creditor Listing Begins on Next Page]

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Linens Holding Co. (2917), Linens 'n Things, Inc. (3939), Linens 'n Things Center, Inc. (0308), Bloomington, MN., L.T., Inc. (8498), Vendor Finance, LLC (5543), LNT, Inc. (4668), LNT Services, Inc. (2093), LNT Leasing II, LLC (4182), LNT West, Inc. (1975), LNT Virginia LLC (9453), LNT Merchandising Company LLC (2616), LNT Leasing III, LLC (3599) and Citadel LNT, LLC (2479).

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| YANKEE CANDLE COMPANY<br>PO BOX 110<br>SOUTH DEERFIELD, MA 01373-0110<br>PHONE: 800-792-6180<br>FAX: 413-665-3184 | YANKEE CANDLE COMPANY<br>PO BOX 110<br>SOUTH DEERFIELD, MA 01373-0110<br>PHONE: 800-792-6180<br>FAX: 413-665-3184 | TRADE | | $4,604,554.93 |
| AEOLUS DOWN L/C<br>14050 NORTON AVENUE<br>CHINO, CA 91710<br>PHONE: 909-465-6118<br>FAX: 909-627-1173 | AEOLUS DOWN L/C<br>14050 NORTON AVENUE<br>CHINO, CA 91710<br>PHONE: 909-465-6118<br>FAX: 909-627-1173 | TRADE | | $4,286,370.59 |
| AMCOR, INC.<br>685 A GOTHAM PARKWAY<br>CARLSTADT, NJ 07072<br>PHONE: 866-361-2233<br>FAX: 201-460-9481 | AMCOR, INC.<br>685 A GOTHAM PARKWAY<br>CARLSTADT, NJ 07072<br>PHONE: 866-361-2233<br>FAX: 201-460-9481 | TRADE | | $3,685,132.00 |
| OXO INTERNATIONAL, LTD.<br>1 HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PHONE: 915-225-8000<br>FAX: 915-225-8081 | OXO INTERNATIONAL, LTD.<br>1 HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PHONE: 915-225-8000<br>FAX: 915-225-8081 | TRADE | | $3,522,478.40 |
| BRENTWOOD ORIGINALS<br>20639 SOUTH FORDYCE AVE<br>LONG BEACH, CA 90810<br>PHONE: 201-641-7766<br>FAX: 201-641-1712 | BRENTWOOD ORIGINALS<br>20639 SOUTH FORDYCE AVE<br>LONG BEACH, CA 90810<br>PHONE: 201-641-7766<br>FAX: 201-641-1712 | TRADE | | $3,510658.5 |
| REGAL HOME COLLECTIONS INC.<br>271 5TH AVENUE<br>NEW YORK, NY 10016<br>PHONE: 212-213-3323<br>FAX: 212-213-9398 | REGAL HOME COLLECTIONS INC.<br>271 5TH AVENUE<br>NEW YORK, NY 10016<br>PHONE: 212-213-3323<br>FAX: 212-213-9398 | TRADE | | $3,086,479.83 |
| GROUPE SEB USA<br>FORMERLY ROWENTA<br>196 BOSTON AVENUE<br>MEDFORD, MA 02155<br>PHONE: 781-306-4660<br>FAX: 781-396-1313 | GROUPE SEB USA<br>FORMERLY ROWENTA<br>196 BOSTON AVENUE<br>MEDFORD, MA 02155<br>PHONE: 781-306-4660<br>FAX: 781-396-1313 | TRADE | | $2,670,391.99 |
| M. BLOCK & SONS, INC.<br>5020 W. 73RD STREET<br>BEDFORD PARK, IL 60638<br>PHONE: 708-728-8400<br>FAX: 708-728-0022 | M. BLOCK & SONS, INC.<br>5020 W. 73RD STREET<br>BEDFORD PARK, IL 60638<br>PHONE: 708-728-8400<br>FAX: 708-728-0022 | TRADE | | $2,094,348.41 |
| CROSCILL INC.<br>261 5TH AVENUE<br>NEW YORK, NY 10016<br>PHONE: 212-689-7222<br>FAX: 212-481-8656 | CROSCILL INC.<br>261 5TH AVENUE<br>NEW YORK, NY 10016<br>PHONE: 212-689-7222<br>FAX: 212-481-8656 | TRADE | | $2,080,651.23 |
| N.I. TEIJIN SHOJI (USA), INC.<br>1412 BROADWAY, SUITE 1100<br>NEW YORK, NY 10018<br>PHONE: 212-840-6900<br>FAX: 212-719-9656 | N.I. TEIJIN SHOJI (USA), INC.<br>1412 BROADWAY, SUITE 1100<br>NEW YORK, NY 10018<br>PHONE: 212-840-6900<br>FAX: 212-719-9656 | TRADE | | $2,026,426.73 |

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| ROYALE LINENS<br>993 BELLEVILLE TURNPIKE<br>KEARNY, NJ 07032<br>PHONE: 201-997-3700<br>FAX: 201-997-2780 | ROYALE LINENS<br>993 BELLEVILLE TURNPIKE<br>KEARNY, NJ 07032<br>PHONE: 201-997-3700<br>FAX: 201-997-2780 | TRADE | | $1,966,821.86 |
| MAPLES INDUSTRIES INC.<br>MOODY RIDGE ROAD<br>SCOTTSBORO, AL 35768<br>PHONE: 256-259-1327<br>FAX: 256-259-2072 | MAPLES INDUSTRIES INC.<br>MOODY RIDGE ROAD<br>SCOTTSBORO, AL 35768<br>PHONE: 256-259-1327<br>FAX: 256-259-2072 | TRADE | | $1,901,206.87 |
| ONTEL PRODUCTS<br>CORPORATION<br>21 LAW DRIVE<br>FAIRFIELD, NJ 07004<br>PHONE: 973-439-9000<br>FAX: 973-439-9024 | ONTEL PRODUCTS<br>CORPORATION<br>21 LAW DRIVE<br>FAIRFIELD, NJ 07004<br>PHONE: 973-439-9000<br>FAX: 973-439-9024 | TRADE | | $1,824,743.93 |
| HOMESTEAD INT'L<br>GROUP/IMPORT<br>FORMERLY LONDON FOG<br>GROUP<br>1359 BROADWAY<br>NEW YORK, NY 10018<br>PHONE: 212-790-3000<br>FAX: 212-790-3192 | HOMESTEAD INT'L<br>GROUP/IMPORT<br>FORMERLY LONDON FOG<br>GROUP<br>1359 BROADWAY<br>NEW YORK, NY 10018<br>PHONE: 212-790-3000<br>FAX: 212-790-3192 | TRADE | | $1,789,785.73 |
| MEYER CORP. U.S.<br>1 MEYER PLAZA<br>525 CURTOLA PARKWAY<br>VALLEJO, CA 94590<br>PHONE: 701-551-2730<br>FAX: 707-551-2957 | MEYER CORP. U.S.<br>1 MEYER PLAZA<br>525 CURTOLA PARKWAY<br>VALLEJO, CA 94590<br>PHONE: 701-551-2730<br>FAX: 707-551-2957 | TRADE | | $1,768,761.41 |
| AMERICAN FIBER IND.<br>SPRING GLOBAL<br>205 N WHITE STREET<br>FORT MILL, SC 29715<br>PHONE: 803-574-1500<br>FAX: 803-547-1636 | AMERICAN FIBER IND.<br>SPRING GLOBAL<br>205 N WHITE STREET<br>FORT MILL, SC 29715<br>PHONE: 803-574-1500<br>FAX: 803-547-1636 | TRADE | | $1,627,835.77 |
| KITCHEN AID PORTABLE<br>APPLIANCE<br>2000 N M63<br>BENTON HARBOR, MI 49022<br>PHONE: 269-923-5000<br>FAX: 269-923-3525 | KITCHEN AID PORTABLE<br>APPLIANCE<br>2000 N M63<br>BENTON HARBOR, MI 49022<br>PHONE: 269-923-5000<br>FAX: 269-923-3525 | TRADE | | $1,624,347.36 |
| WYTHE-WILL DISTRBUTING<br>LLC<br>3612 LAGRANGE PARKWAY<br>TOANO, VA 23168<br>PHONE: 757-565-0351<br>FAX: 757-565-3755 | WYTHE-WILL DISTRBUTING<br>LLC<br>3612 LAGRANGE PARKWAY<br>TOANO, VA 23168<br>PHONE: 757-565-0351<br>FAX: 757-565-3755 | TRADE | | $1,575,768.55 |
| PACIFIC COAST FEATHER<br>COMPANY<br>P.O. BOX 80385/1964<br>FOURTH AVENUE SOUTH<br>SEATTLE, WA 98108<br>PHONE: 206-336-2453<br>FAX: 206-625-9783 | PACIFIC COAST FEATHER<br>COMPANY<br>P.O. BOX 80385/1964<br>FOURTH AVENUE SOUTH<br>SEATTLE, WA 98108<br>PHONE: 206-336-2453<br>FAX: 206-625-9783 | TRADE | | $1,559,199.84 |

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| VICTORIA CLASSICS IMPORT<br>2170 RT #27<br>EDISON, NJ 08817<br>FAX: 212-213-5073 | VICTORIA CLASSICS IMPORT<br>2170 RT #27<br>EDISON, NJ 08817<br>FAX: 212-213-5073 | TRADE | | $1,393,881.66 |
| INDIA INK<br>C/O AMY BASEM<br>2457 E 27TH ST<br>LOS ANGELES, CA 90058<br>PHONE: 323-277-8400<br>FAX: 213-589-9321 | INDIA INK<br>C/O AMY BASEM<br>2457 E 27TH ST<br>LOS ANGELES, CA 90058<br>PHONE: 323-277-8400<br>FAX: 213-589-9321 | TRADE | | $1,344,263.11 |
| NASSAU CANDY DISTRIBUTORS INC<br>JEFF NORRIS<br>530 WEST JOHN ST<br>HICKSVILLE, NY 11801<br>PHONE: 516-433-7100<br>FAX: 516-433-9010 | NASSAU CANDY DISTRIBUTORS INC<br>JEFF NORRIS<br>530 WEST JOHN ST<br>HICKSVILLE, NY 11801<br>PHONE: 516-433-7100<br>FAX: 516-433-9010 | TRADE | | $1,311,801.25 |
| INTERDESIGN,INC.<br>30725 SOLON INDUSTRIAL PARKWAY<br>SOLON, OH 44139<br>PHONE: 440-248-0178<br>FAX: 440-248-9358 | INTERDESIGN,INC.<br>30725 SOLON INDUSTRIAL PARKWAY<br>SOLON, OH 44139<br>PHONE: 440-248-0178<br>FAX: 440-248-9358 | TRADE | | $1,219,999.17 |
| SOURCING NETWORK SALES LLC IMPORT<br>JAMES YOUNG<br>DBA PANDIGITAL LAMORINDA DISTR<br>6300 VILLAGE PKWY, SUITE 10<br>DUBLIN, CA 94568<br>PHONE: 925-833-7898<br>FAX: 925-833-7899 | SOURCING NETWORK SALES LLC IMPORT<br>JAMES YOUNG<br>DBA PANDIGITAL LAMORINDA DISTR<br>6300 VILLAGE PKWY, SUITE 10<br>DUBLIN, CA 94568<br>PHONE: 925-833-7898<br>FAX: 925-833-7899 | TRADE | | $1,217,744.41 |
| LIZ CLAIBORNE DIV.OF AMERICAN<br>3901 GANTZ RD., SUITE A<br>GROVE CITY, OH 43123<br>PHONE: 614-871-2400<br>FAX: 614-871-2422 | LIZ CLAIBORNE DIV.OF AMERICAN<br>3901 GANTZ RD., SUITE A<br>GROVE CITY, OH 43123<br>PHONE: 614-871-2400<br>FAX: 614-871-2422 | TRADE | | $1,217,603.89 |
| RICHLOOM HOME FASHIONS - IMPORT<br>261 5TH AVENUE, 12TH FLOOR<br>NEW YORK, NY 10016<br>PHONE: 212-685-5400<br>FAX: 212-703-3470 | RICHLOOM HOME FASHIONS - IMPORT<br>261 5TH AVENUE, 12TH FLOOR<br>NEW YORK, NY 10016<br>PHONE: 212-685-5400<br>FAX: 212-703-3470 | TRADE | | $1,213,672.38 |
| S LICHTENBERG & CO., INC<br>295 FIFTH AVENUE<br>NEW YORK, NY 10016<br>PHONE: 212-689-4510<br>FAX: 212-689-4517 | S LICHTENBERG & CO., INC<br>295 FIFTH AVENUE<br>NEW YORK, NY 10016<br>PHONE: 212-689-4510<br>FAX: 212-689-4517 | TRADE | | $1,177,175.81 |
| CHF INDUSTRIES INC IMPORT<br>FORMERLY CAMEO CURTAINS INC<br>ONE PARK AVENUE, 9TH FLOOR<br>NEW YORK, NY 10016<br>PHONE: 212-951-7800<br>FAX: 212-951-8001 | CHF INDUSTRIES INC IMPORT<br>FORMERLY CAMEO CURTAINS INC<br>ONE PARK AVENUE, 9TH FLOOR,<br>NEW YORK, NY 10016<br>PHONE: 212-951-7800<br>FAX: 212-951-8001 | TRADE | | $1,133,872.9 |

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| QUEST SALES & SERVICES INC<br>ANGIE GERBER<br>1400 RAFF RD<br>CANTON, OH 44750<br>PHONE: 800-348-5890<br>FAX: 330-478-2203 | QUEST SALES & SERVICES INC<br>ANGIE GERBER<br>1400 RAFF RD<br>CANTON, OH 44750<br>PHONE: 800-348-5890<br>FAX: 330-478-2203 | TRADE | | $1,100,468.33 |
| CALPHALON CORP.<br>C/O NEWELL RUBBERMAID<br>29 EAST STEPHENSON STREET<br>FREEPORT, IL 61032<br>PHONE: 815-235-4171<br>FAX: 800-795-2178 | CALPHALON CORP.<br>C/O NEWELL RUBBERMAID<br>29 EAST STEPHENSON STREET<br>FREEPORT, IL 61032<br>PHONE: 815-235-4171<br>FAX: 800-795-2178 | TRADE | | $1,067,108.2 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LINENS 'N THINGS, INC., a Delaware corporation, | Case No. 08-_____ (    ) |
| Debtor. | |
| Tax I.D. No. 22-3463939 | |

## DECLARATION CONCERNING THE DEBTOR'S LIST OF CREDITORS
## HOLDING THE THIRTY LARGEST UNSECURED CLAIMS

      I, Francis M. Rowan, Senior Vice President and the Chief Financial Officer of Linens 'n Things, Inc., declare under penalty of perjury that I have reviewed the foregoing List of Creditors Holding the Thirty Largest Unsecured Claims and that the information contained therein is true and correct to the best of my information and belief.

Dated: May 2, 2008

Name: Francis M. Rowan
Title: Senior Vice President and the Chief
Financial Officer

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LINENS 'N THINGS, INC., | ) | Case No. 08-_____ (    ) |
| a Delaware corporation, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 22-3463939 | ) | |

## LIST OF EQUITY SECURITY HOLDERS

The Equity Security Holder for the Debtor in the above-captioned case is:

| Name | Address | Equity Holdings |
|---|---|---|
| Linens Holding Co. | 6 Brighton Road<br>Clifton, NJ  07015 | 100% |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | )    Chapter 11 |
| | ) |
| LINENS 'N THINGS, INC., | )    Case No. 08-_____ (    ) |
| a Delaware corporation, | ) |
| | ) |
|        Debtor. | ) |
| | ) |
| Tax I.D. No. 22-3463939 | ) |

## DECLARATION CONCERNING THE DEBTOR'S LIST
## OF EQUITY SECURITY HOLDERS

      I, Francis M. Rowan, Senior Vice President and the Chief Financial Officer of Linens 'n Things, Inc., declare under penalty of perjury that I have reviewed the foregoing List of Equity Security Holders and that the information contained therein is true and correct to the best of my information and belief.

Dated: May 2, 2008

                                  Name:   Francis M. Rowan
                                  Title:    Senior Vice President and the Chief
                                            Financial Officer

# EXHIBIT C

# U.S. Bankruptcy Court
## District of Delaware (Delaware)
### Bankruptcy Petition #: 08-10842-CSS

*Assigned to:* Christopher S. Sontchi                    *Date Filed:* 05/02/2008
Chapter 11
Voluntary
Asset

**Debtor**                                              represented by **Mark D. Collins**
**LNT Merchandising Company LLC**                       Richards Layton & Finger
6 Brighton Road                                         One Rodney Square
Clifton, NJ 07015                                       PO Box 551
Tax id: 20-0422616                                      Wilmington, DE 19899
                                                        302 651-7700
                                                        Fax : 302-651-7701
                                                        Email: collins@RLF.com

**U.S. Trustee**
**United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
302-573-6491

| Filing Date | # | Docket Text |
|---|---|---|
| 05/02/2008 | 1 | Chapter 11 Voluntary Petition *of LNT Merchandising Company LLC*. Fee Amount $1039. Filed by LNT Merchandising Company LLC. (Collins, Mark) (Entered: 05/02/2008) |
| 05/02/2008 | | Judge Christopher S. Sontchi added to case (GVW, ) (Entered: 05/02/2008) |
| 05/02/2008 | 2 | Motion for Joint Administration *Motion of the Debtors and Debtors in Possession for Entry of an Order Directing Joint Administration of Their Related Chapter 11 Cases* Filed By LNT Merchandising Company LLC (Collins, Mark) (Entered: 05/02/2008) |
| 05/02/2008 | 3 | Receipt of filing fee for Voluntary Petition (Chapter 11)(08-10842) |

| | | |
|---|---|---|
| | | [misc,volp11a] (1039.00). Receipt Number 3281771, amount $1039.00. (U.S. Treasury) (Entered: 05/02/2008) |

**U.S. Bankruptcy Court**
**District of Delaware (Delaware)**
**Bankruptcy Petition #: 08-10833-CSS**

*Assigned to:* Christopher S. Sontchi                                      *Date Filed:* 05/02/2008
Chapter 11
Voluntary
Asset


*Debtor*                                                        represented by **Mark D. Collins**
**Linens 'n Things, Inc.**                                      Richards Layton & Finger
6 Brighton Road                                                 One Rodney Square
Clifton, NJ 07015                                               PO Box 551
Tax id: 23-3463939                                              Wilmington, DE 19899
                                                                302 651-7700
                                                                Fax : 302-651-7701
                                                                Email: collins@RLF.com


*U.S. Trustee*
**United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
302-573-6491

| Filing Date | # | Docket Text |
|---|---|---|
| 05/02/2008 | 1 | Chapter 11 Voluntary Petition *of Linens 'n Things, Inc.*. Fee Amount $1039. Filed by Linens 'n Things, Inc.. (Collins, Mark) (Entered: 05/02/2008) |
| 05/02/2008 |  | Judge Christopher S. Sontchi added to case (GVW, ) (Entered: 05/02/2008) |
| 05/02/2008 | 2 | Motion for Joint Administration *Motion of the Debtors and Debtors in Possession for Entry of an Order Directing Joint Administration of Their Related Chapter 11 Cases* Filed By Linens 'n Things, Inc. (Collins, Mark) (Entered: 05/02/2008) |
| 05/02/2008 | 3 | Receipt of filing fee for Voluntary Petition (Chapter 11)(08-10833) |

| | | [misc,volp11a] (1039.00). Receipt Number 3281771, amount $1039.00. (U.S. Treasury) (Entered: 05/02/2008) |