1   COOLEY GODWARD KRONISH LLP
      MICHELLE C. DOOLIN (179445)
2   (mdoolin@cooley.com)
      4401 Eastgate Mall
3   San Diego, CA  92121
      Telephone:    (858) 560-6000
4   Facsimile:    (858) 560-6420

5   CRAIG C. DANIEL (212588)
      ALEX C. SEARS (232491)
6   (asears@cooley.com)
      101 California St., Fifth Floor
7   San Francisco, CA 94111
      Telephone:    (415) 693-2000
8   Facsimile:    (415) 693-2222

9   Attorneys for Defendant
      LNT MERCHANDISING COMPANY, LLC

10

11            UNITED STATES DISTRICT COURT

12           NORTHERN DISTRICT OF CALIFORNIA

13

14   YOTRIO INTERNATIONAL, LLC,      Case No.  CV-08-2199 (SI)

15          Plaintiff,      **LNT Merchandising Company,**
                           **LLC's Substitution of Counsel**
16       v.

17   LNT MERCHANDISING COMPANY, LLC,  Department: Courtroom 10, 19th floor
      dba LINENS N' THINGS, INC., UNITED  Judge:       Hon. Susan Illston
18   PARCEL SERVICE, INC., dba UPS
      SUPPLY CHAIN SOLUTIONS, INC., and  Date removed: April 29, 2008
19   DOES 1 through 50, INCLUSIVE,

20          Defendants

21

22

23         Pursuant to Civil Local Rule 11-5, Cooley Godward Kronish LLP hereby requests to

24   withdraw as counsel for defendant LNT MERCHANDISING COMPANY, LLC dba LINENS N'

25   THINGS, INC. ("LNT") in the above-captioned matter.  Kirsten J. Daru of the law firm of Reed

26   Smith LLP, located at 2 Embarcadero Center, Suite 2000, San Francisco, CA 94111, telephone

27   number (415) 659-5975, agrees to substitute in as counsel of record for defendant LNT in the

28   above-captioned matter.  Defendant LNT consents to, and hereby requests the Court's approval

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

1086904 v1/SF               1.                SUBSTITUTION OF COUNSEL

1    of, the withdrawal of Cooley Godward Kronish and the substitution of Kirsten J. Daru of Reed

2    Smith LLP as defendant LNT's counsel of record in this action.

3    Dated: June _____3_____, 2008                    COOLEY GODWARD KRONISH LLP

4

5

6                                                    _____
                                                     Alex C. Sears

7    Dated: June _____5_____, 2008

8

9

10                                                   _____
                                                     Francis M. Rowan

11

12   Dated: June ____6____, 2008                     REED SMITH LLP

13

14                                                   _____
                                                     Kirsten J. Daru

15

16

17       **IT IS HEREBY ORDERED** that Kirsten J. Daru, Reed Smith LLP is substituted as

18   counsel of record for defendant LNT MERCHANDISING COMPANY, LLC dba LINENS N'

19   THINGS, INC.

20   Dated: _____, 2008

21

22

23                                                   _____
                                                     HON. SUSAN ILLSTON
24                                                   United States District Judge
                                                     Northern District of California
25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
NEW YORK
                 1086904 v1/SF                       2.                         SUBSTITUTION OF COUNSEL