1   COOLEY GODWARD KRONISH LLP
     MICHELLE C. DOOLIN (179445)
2   (mdoolin@cooley.com)
     4401 Eastgate Mall
3   San Diego, CA 92121
     Telephone:   (858) 560-6000
4   Facsimile:   (858) 560-6420

5   CRAIG C. DANIEL (212588)
     ALEX C. SEARS (232491)
6   (asears@cooley.com)
     101 California St., Fifth Floor
7   San Francisco, CA 94111
     Telephone:   (415) 693-2000
8   Facsimile:   (415) 693-2222

9   Attorneys for Defendant
     LNT MERCHANDISING COMPANY, LLC

10

11                UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14   YOTRIO INTERNATIONAL, LLC,      Case No. CV-08-2199 (SI)

15         Plaintiff,         **LNT MERCHANDISING COMPANY,**
                       **LLC's SUBSTITUTION OF COUNSEL**
16        v.

17   LNT MERCHANDISING COMPANY, LLC,   Department: Courtroom 10, 19th floor
     dba LINENS N' THINGS, INC., UNITED     Judge:   Hon. Susan Illston
18   PARCEL SERVICE, INC., dba UPS
     SUPPLY CHAIN SOLUTIONS, INC., and   Date removed: April 29, 2008
19   DOES 1 through 50, INCLUSIVE,

20        Defendants

21

22

23        Pursuant to Civil Local Rule 11-5, Cooley Godward Kronish LLP hereby requests to

24   withdraw as counsel for defendant LNT MERCHANDISING COMPANY, LLC dba LINENS N'

25   THINGS, INC. ("LNT") in the above-captioned matter.  Kirsten J. Daru of the law firm of Reed

26   Smith LLP, located at 2 Embarcadero Center, Suite 2000, San Francisco, CA 94111, telephone

27   number (415) 659-5975, agrees to substitute in as counsel of record for defendant LNT in the

28   above-captioned matter.  Defendant LNT consents to, and hereby requests the Court's approval

1    of, the withdrawal of Cooley Godward Kronish and the substitution of Kirsten J. Daru of Reed

2    Smith LLP as defendant LNT's counsel of record in this action.

3    Dated: June ___3___, 2008                    COOLEY GODWARD KRONISH LLP

4

5

6                                                         _____
                                                          Alex C. Sears

7    Dated: June ___5___, 2008

8

9

10                                                        _____
                                                          Francis M. Rowan

11

12   Dated: June ___6___, 2008                    REED SMITH LLP

13

14                                                        _____
                                                          Kirsten J. Daru

15

16

17       **IT IS HEREBY ORDERED** that Kirsten J. Daru, Reed Smith LLP is substituted as

18   counsel of record for defendant LNT MERCHANDISING COMPANY, LLC dba LINENS N'

19   THINGS, INC.

20   Dated: _____, 2008

21

22                                                        _____
                                                          HON. SUSAN ILLSTON

23                                                        United States District Judge
                                                          Northern District of California

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

1086904 v1/SF                          2.                       SUBSTITUTION OF COUNSEL