1  James Cai  (State Bar No. 200189)
   Jonathan H. Van Ee  (State Bar No. 214129)
2  SCHEIN & CAI, LLP
   100 Century Center Court, Suite 315
3  San Jose, California  95112–4535

4  Telephone:  (408) 436–0789
   Facsimile:   (408) 436–0758

5  Attorneys for Plaintiff
   YOTRIO INTERNATIONAL, LLC

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  YOTRIO INTERNATIONAL, LLC,          )   CASE NO. 3:08-cv-02199-SI
                                        )
12              Plaintiffs,             )   **CERTIFICATE OF SERVICE**
                                        )
13         v.                           )
                                        )
14  LNT MERCHANDISING COMPANY, LLC,     )
    dba LINEN N' THINGS, INC., UNITED   )
15  PARCEL SERVICE, INC., dba UPS SUPPLY)
    CHAIN SOLUTIONS, INC., and DOES 1   )
16  through 50, INCLUSIVE,              )
                                        )
17              Defendants.             )

18

19

20

21

22

23

24

25

26

27

28

SCHEIN & CAI, LLP
SAN JOSE, CALIFORNIA

– 1 –
**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

### (FRCP 5)

I am employed by the law offices of Schein & Cai LLP, and my business address is 100 Century Center Court, Suite 315, San Jose, CA 95112. I am over the age of 18 years and I am not a party to the cause.

On July 28, 2008 at the law offices of Schein & Cai LLP, I caused the following documents to be served:

1.) CASE MANAGEMENT CONFERENCE ORDER; and

2.) TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION (COUNTY OF ALAMEDA CASE NO.: RG 08 384043).

Service by Express Registered Mail, with Return Receipt Requested: I caused the documents to be served by depositing the documents a post office, mailbox, subpost office, substation, or mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail, in a sealed envelope, with Express Mail postage paid, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service by Express Mail.

Service by fax: I caused the documents to be served by transmission to a fax machine maintained by the person on whom it was served at the fax machine telephone number as last given by that person on any document that the party has filed in the case and served on the party making service.

The name and address, and fax number (if applicable) of each person served in the manner stated above, is as follows:

UPS SCS
c/o Supply Chain Solutions
attn: Claims Department
12380 Morris Road
Alpharetta GA 30005
Fax: (404) 828-6912

Corporate Counsel
UNITED PARCEL SERVICE
55 Glendale Parkway, NE
Atlanta, GA 30328

UPS SCS ("Supply Chain Solutions")
c/o CT Corporation Systems
111 Eighth Ave.
New York, NY 10011

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: July 28, 2008

                                            /s/ Erick Covarrubias
                                            Erick Covarrubias