United States District Court
Northern District of California

1

2

3

4

5

6

7

8        **UNITED STATES DISTRICT COURT**

9            **Northern District of California**

10   Yotrio International, LLC,                          08-02199 SI

11                    Plaintiff(s),          **NOTICE RE: NONCOMPLIANCE
                                              WITH COURT ORDER**
12        v.

13   LNT Merchandising Company, LLC,

14                    Defendant(s).

15

16        The parties have failed to file an ADR Certification and either a Stipulation and

17   [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

18   Conference as required by the Initial Case Management Scheduling Order.  Counsel

19   shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

20   matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

21   an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**

22   **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

23   ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

24   at www.adr.cand.uscourts.gov.)

25

26        Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

27   copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

28   (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-02199 SI                                    -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2  to an e-mail directed to adr@cand.uscourts.gov.

3

4        It is the responsibility of counsel to schedule an ADR Phone Conference, if

5  required, to occur before the Case Management Conference.

6

7

8  Dated: August 7, 2008

9                                              RICHARD W. WIEKING
                                                Clerk
10                                             by:    Lisa M. Salvetti

11

12  _____

                                                ADR Administrative Assistant
13                                             415-522-2032
                                                lisa_salvetti@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice Re: Noncompliance With Court Order**
08-02199 SI                                     -2-

**PROOF OF SERVICE**

Case Name:        Yotrio International, LLC v. LNT Merchandising Company, LLC

Case Number:      08-02199 SI

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On August 7, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Charles Michael Standard
> Schein & Cai, LLP
> 100 Century Center Court
> Suite 315
> San Jose, CA 95112
> cms1law@sbcglobal.net
>
> Jingming James Cai
> Schein & Cai LLP
> 100 Century Center Court, Suite 315
> San Jose, CA 95112
> jcai@flglawyer.com
>
> Kirsten Joy Daru
> Reed Smith LLP
> Two Embarcadero Center
> Suite 2000
> San Francisco, CA 94111
> kdaru@reedsmith.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 7, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Lisa M. Salvetti

ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov