| | |
|---|---|
| 1 | James Cai (State Bar No. 200189) |
| | Jonathan H. Van Ee (State Bar No. 214129) |
| 2 | SCHEIN & CAI, LLP |
| | 100 Century Center Court, Suite 315 |
| 3 | San Jose, California 95112–4535 |
| 4 | Telephone:   (408) 436–0789 |
| | Facsimile:     (408) 436–0758 |
| 5 | Attorneys for Plaintiff |
| | YOTRIO INTERNATIONAL, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOTRIO INTERNATIONAL, LLC, | CASE NO. 3:08-cv-02199-SI |
| Plaintiffs, | **DECLARATION OF JONATHAN VAN EE REGARDING STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| v. | |
| LNT MERCHANDISING COMPANY, LLC, dba LINEN N' THINGS, INC., UNITED PARCEL SERVICE, INC., dba UPS SUPPLY CHAIN SOLUTIONS, INC., and DOES 1 through 50, INCLUSIVE, | TRIAL:   Not Set |
| Defendants. | |

I, Jonathan Van Ee, declare,

1.  I am an attorney at law duly admitted to practice before all the courts in the State of California and am an attorney at Schein & Cai, LLP, counsel of record for plaintiff YOTRIO INTERNATIONAL, L.L.C., in the above entitled action. I have personal knowledge of the facts set forth below and, if called as a witness, could and would competently testify thereto.

1  2.  I have been handling this case and have personal knowledge of the documents pertaining to this matter that have been kept in the regular course of business. All documents attached hereto are true and correct copies of documents relating to this matter that have been kept in the regular course of business.

3.  In an attempt to comply with the ADR requirements relating to this matter, I discussed ADR with Kirsten Daru, counsel for LNT MERCHANDISING COMPANY, LLC, dba LINENS N' THINGS, INC. I then sent her the "STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS" (the "STIPULATION"), a true and correct copy of which is attached hereto as **Exhibit A**. Because that STIPULATION reflected my discussion with Ms. Daru at that time, I included an electronic signature in that document for her.

3.  After I sent the STIPULATION, Ms. Daru informed me that she was not willing to sign the STIPULATION or any other ADR document, regardless of what language it contained (accordingly, I have redacted Ms. Daru's signature from the document attached as **Exhibit A** hereto to avoid confusion). After that conversation, Ms. Daru sent me an email on August 7, 2008, confirming that she is not agreeable to signing the STIPULATION. A true and correct redacted copy of that email is attached hereto as **Exhibit B**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 8, 2008, at San Jose, California

```
           /s/ Jonathan H. Van Ee
           Jonathan Van Ee
```

SCHEIN & CAI, LLP
SAN JOSE, CALIFORNIA

– 2 –
**DECLARATION OF JONATHAN VAN EE REGARDING STIPULATION AND [PROPOSED] ORDER SELECTING ADR**

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Yotrio International, LLC

        Plaintiff(s),

    v.

LNT Merchandising Company, LLC, and
United Parcel Service, Inc., et al.

        Defendant(s).

CASE NO. 08-02199 SI

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)*

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

  ✓    other requested deadline  For ADR as to LNT, after the bankruptcy stay is lifted

Dated: 8/7/08

                                        s/ Jonathan Van Ee
                                        Attorney for Plaintiff

Dated: 8/7/08

                                        Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- Private ADR

Deadline for ADR session
- 90 days from the date of this order.
- ✓ other   As to LNT, after the stay

IT IS SO ORDERED.

Dated:_____

UNITED STATES DISTRICT      JUDGE

# EXHIBIT B

---------- message ----------
From: **Daru, Kirsten** <███@███████>
Date: Thu, Aug 7, 2008 at 3:50 PM
Subject: RE: Yotrio - Proposed Order
To: Jonathan Van Ee <████████@██████>

Jonathan,

   As we discussed, I cannot agree to this proposed order.  Please let me know if you would like to discuss this issue further.

Thanks,
Kirsten


**Kirsten J. Daru, Esq.**
**Reed** Smith LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111
Direct: 415.659.5975
Fax: 415.391.8269
www.reedsmith.com