1  James Cai  (State Bar No. 200189)
   Jonathan H. Van Ee  (State Bar No. 214129)
2  SCHEIN & CAI, LLP
   100 Century Center Court, Suite 315
3  San Jose, California  95112–4535

4  Telephone:  (408) 436–0789
   Facsimile:   (408) 436–0758

5  Attorneys for Plaintiff
   YOTRIO INTERNATIONAL, LLC
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA

10
   YOTRIO INTERNATIONAL, LLC,         )   CASE NO. 3:08-cv-02199-SI
11                                    )
                     Plaintiffs,      )
12                                    )   **NOTICE OF UNAVAILABILITY OF**
          v.                          )   **COUNSEL**
13                                    )
   LNT MERCHANDISING COMPANY, LLC,    )
14 dba LINEN N' THINGS, INC., UNITED  )
   PARCEL SERVICE, INC., dba UPS SUPPLY)
15 CHAIN SOLUTIONS, INC., and DOES 1  )
   through 50, INCLUSIVE,             )
16                                    )
                     Defendants.      )
17                                    )

18
19
20
21
22
23     PLEASE TAKE NOTICE that counsel of record for YOTRIO INTERNATIONAL,

24 LLC, will be unavailable to review and/or respond to any pleading, motion or filing,

25 and will be unable to attend any hearing or other proceeding scheduled, relating to

26 the above-captioned case on August 28, 2008 and August 29, 2008.

27
28

SCHEIN & CAI, LLP
SAN JOSE, CALIFORNIA
                              – 1 –
                **NOTICE OF UNAVAILABILITY OF COUNSEL**

| | | |
|---|---|---|
| 1 | Dated: August 8, 2008 | Respectfully submitted,<br>SCHEIN & CAI LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Jonathan Van Ee |
| 5 | | Jonathan Van Ee<br>Attorneys for Plaintiff<br>YOTRIO INTERNATIONAL, LLC |