James Cai (State Bar No. 200189)
Jonathan H. Van Ee (State Bar No. 214129)
SCHEIN & CAI, LLP
100 Century Center Court, Suite 315
San Jose, California 95112-4535

Telephone: (408) 436-0789
Facsimile:  (408) 436-0758

Attorneys for Plaintiff
YOTRIO INTERNATIONAL, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOTRIO INTERNATIONAL, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LNT MERCHANDISING COMPANY, LLC, dba LINEN N' THINGS, INC., UNITED PARCEL SERVICE, INC., dba UPS SUPPLY CHAIN SOLUTIONS, INC., and DOES 1 through 50, INCLUSIVE,<br><br>　　　　　Defendants. | CASE NO. 3:08-cv-02199-SI<br><br>**YOTRIO INTERNATIONAL, L.L.C.'S CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>DATE : August 22, 2008<br>TIME : 2 PM<br>DEPT. : 10<br>TRIAL : TBD |

　　Plaintiff Yotrio International, L.L.C., ("Yotrio") hereby submits the following case management statement.

## I. BACKGROUND

　　This case arises out of disputes concerning the shipment of goods by plaintiff Yotrio International, L.L.C. ("Yotrio"), to defendant LNT Merchandising Company, Inc. ("LNT") through defendant United Parcel Service, Inc. ("UPS"). Because Yotrio

experienced payment issues with LNT, it filed this case in California State court and promptly obtained a Temporary Restraining Order and Preliminary Injunction. The Preliminary Injunction ordered UPS to stop shipment of the goods to defendant LNT. Shortly thereafter, LNT declared bankruptcy. The state case was removed to this court, and a notice of stay was filed in connection with LNT's bankruptcy proceeding.

## II. UPS HAS NOT APPEARED

While Yotrio has served the Preliminary Injunction on UPS, that company has not appeared, nor has it returned the goods to Yotrio. Because UPS did not return the goods, Yotrio filed a First Amended Complaint ("FAC") against that company. Yotrio is continuing to monitor whether UPS will appear and, if UPS does not appear, Yotrio will file a request for entry of default.

## III. THE CASE AGAINST LNT SHOULD BE STAYED

The Court should not grant LNT's request to dismiss the case against it because "dismissal of litigation against the debtor can violate the automatic stay..." Commercial Bankruptcy Litigation at § 6:5.

LNT's reasons for getting dismissed are plainly not true. Contrary to LNT's assertion that LNT is not, "...mentioned anywhere in the [FAC] outside of the pleading caption" (LNT's Case Management Conference Statement," 2:7) LNT is mentioned 24 times outside the pleading caption, not including the FAC's exhibits. In the FAC Yotrio acknowledged the stay as to LNT and asserted that the FAC proceeded against UPS. FAC 3:24 – 28. LNT acknowledges that it is a party because there would be no reason for it to seek a dismissal if it were not a party.

Ms. Daru (counsel for LNT) has asked counsel for Yotrio to continue proceedings against LNT, and Yotrio was agreeable to continuing such proceedings. A true and correct redacted copy of an email exchange of August 5 and 6 is attached hereto as **Exhibit A**. Accordingly, LNT's assertion that "...plaintiff has already subjected itself to contempt proceedings..." (CMC Statement 2:13-14) is without merit.

Yotrio remains agreeable to continuing proceedings against LNT until the stay is lifted and requests that the Court so order. Meanwhile, Yotrio will continue to prosecute its claims against UPS in this action.

## IV. ADDITIONAL ISSUES

**1.    CLASS ACTIONS**

This matter does not have class action issues.

**2.    RELATED CASES**

This case is related to LNT's bankruptcy cases, which are entitled "<u>In re: LNT Merchandising Company LLC</u>" and "<u>In re: Linnens 'n Things, Inc.</u>" Those are Chapter 11 cases in the United States Bankruptcy Court for the District of Delaware, Case Nos. 08-10842-CSS and Case No. 09-10833-CSS (jointly administered).

This case is also related to the California state court action from which it was removed. That action was entitled <u>Yotrio v. LNT et al.</u>, Alameda County Superior Court Case No. RG 08384043.

**3.    SETTLEMENT AND ADR**

Yotrio is agreeable to holding meaningful settlement discussions. The case has not been ordered to ADR.

**4.    CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

Yotrio does not consent to a magistrate judge for all purposes.

**5.    OTHER REFERENCES**

This case is not suitable for other references.

**6.  EXPEDITED SCHEDULE**

In light of the complexity of the issues in this matter, it should not be handled on an expedited basis.

Dated: August 15, 2008

Respectfully submitted,

SCHEIN & CAI LLP

By: /s/ Jonathan Van Ee
Jonathan Van Ee
Attorneys for Plaintiff
YOTRIO INTERNATIONAL, LLC

# EXHIBIT A

---------- Forwarded message ----------
From: **Jonathan Van Ee** <\*\*\*@\*\*\*.com>
Date: Wed, Aug 6, 2008 at 8:02 AM
Subject: Yotrio v. LNT: Stipulation to continue CMC
To: \*\*\*@\*\*\*.com

Dear Ms. Daru,

Thank you for your message. We are agreeable to streamlining this procedure for LNT to avoid expense where possible. We also are proceeding against UPS while the bankruptcy stay is in place. We are agreeable to continuing the CMC because UPS has not yet notified us that it has appeared.

If you are agreeable to changing the stay language in the stipulation to limit it only to LNT (and have it not apply to UPS) then we could discuss further (I have a few other suggested edits to the stipulation you sent).

Please let me know what you think.


Best regards,
Jonathan Van Ee
Attorney at Law
Schein & Cai LLP
(formerly Fortune Law Group LLP)
100 Century Center Court Suite 315
San Jose, CA 95112
Tel: (408) 436-0789
Fax: (408) 436-0758

This e-mail is intended only for the proper person to whom it is addressed and may contain legally privileged and/or confidential information. If you received this communication erroneously, please notify me by reply e-mail, delete this e-mail and all your copies of this e-mail and do not review, disseminate, redistribute, make other use of, rely upon, or copy this communication.
Pursuant to requirements set forth in U.S. Treasury Regulation Circular 230, Section 10.35, you are informed that this written advice is not intended or written to be used and cannot be used for the purpose of avoiding tax penalties that may be imposed under the Internal Revenue Code. Furthermore, additional tax issues may exist that could affect the tax treatment of the transaction and this correspondence does not consider or provide a conclusion with respect to any additional issues.

---------- Forwarded message ----------
From: **Daru, Kirsten** <\*\*\*@\*\*\*.com>

Date: Aug 5, 2008 2:17 PM
Subject: #12523463 v1 - Yotrio v. LNT: Stipulation to continue CMC
To: ***@***.com, ***@***.com

Dear Counsel,

   By way of introduction, I am an attorney at Reed Smith and I represent Linens n' Things in the Yotrio matter pending in the Northern District. We have a case management conference coming up on August 22, 2008. In light of the stay currently in place, it seems to make sense to continue it. Do you agree?

   I have gone ahead and prepared a draft stipulation for your review. This proposes to push the cmc out until November 28--but if the stay remains in place at that time, we will inform the court. Please kindly have a look and let me know whether you have any comments/changes or whether I can apply your electronic signature.

   Thanks, and please do not hesitate to contact me with any questions or concerns at all.

Best regards,
Kirsten


<<7gf5z01!.DOC>>

**Kirsten J. Daru, Esq.**
**Reed Smith** LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Direct: 415.659.5975
Fax: 415.391.8269
www.reedsmith.com

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.
* * *
To ensure compliance with Treasury Department regulations, we inform you that, unless otherwise indicated in writing, any U.S. Federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or applicable state and local provisions or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

Disclaimer Version RS.US.1.01.03
pdc1