```
 1  DILLINGHAM & MURPHY, LLP
    JACK C. HENNING (SBN 139659)
 2  BARBARA L. HARRIS CHIANG (SBN 206892)
    225 Bush Street, 6th Floor
 3  San Francisco, California 94104
    Telephone:   (415) 397-2700
 4  Facsimile:   (415) 397-3300
    Email: jch@dillinghammurphy.com
 5         bhc@dillinghammurphy.com

 6  KING & SPALDING LLP
    JONATHAN W. JORDAN (Georgia SBN 404874 Pro Hac Vice Pending)
 7  1180 Peachtree Street
    Atlanta, Georgia 30309
 8  Telephone:   (404) 572-4600
    Facsimile:   (404) 572-5129
 9  Email: JJordan@KLSAW.com

10  Attorneys for Defendants
    UNITED PARCEL SERVICE, INC. and
11  UPS SUPPLY CHAIN SOLUTIONS, INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOTRIO INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LNT MERCHANDISING COMPANY, LLC, dba LINEN N' THINGS, INC., UNITED PARCEL SERVICE, INC. dba SUPPLY CHAIN SOLUTIONS, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:08-cv-02199-SI<br><br>(PROPOSED) ORDER GRANTING UNITED PARCEL SERVICE, INC. AND UPS SUPPLY CHAIN SOLUTIONS, INC'S MOTION TO DISMISS FOR IMPROPER VENUE UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(3) AND FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6)<br><br>Date:      October 10, 2008<br>Time:      9:00 AM<br>Courtroom: 10<br>The Hon. Susan Illston |

On October 10, 2008, the motion to dismiss ("Motion to Dismiss") filed by defendants United Parcel Service, Inc. ("UPS") and UPS Supply Chain Solutions, Inc. (UPS-SCS, and with UPS, "Defendants") came before this Court. After reviewing all pleadings submitted in support and opposition of the motion the Court orders as follows:

///

///

Page 1 – Case No.: 3:08-cv-02199-SI
(PROPOSED) ORDER GRANTING MOTION TO DISMISS FOR IMPROPER VENUE UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(3) AND FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6)

1  The Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(3) is
2  GRANTED. The case is dismissed without prejudice to re-file before the United States
3  District Court for the Southern District of New York.

4  IT IS SO ORDERED.
5
6  Dated _____, 2008                                    _____
7                                                                                  United States District Court Judge