```
 1  DILLINGHAM & MURPHY, LLP
    JACK C. HENNING (SBN 139659)
 2  BARBARA L. HARRIS CHIANG (SBN 206892)
    225 Bush Street, 6th Floor
 3  San Francisco, California 94104
    Telephone:    (415) 397-2700
 4  Facsimile:    (415) 397-3300
    Email: jch@dillinghammurphy.com
 5         bhc@dillinghammurphy.com

 6  KING & SPALDING LLP
    JONATHAN W. JORDAN (Pro Hac Vice Application Pending)
 7  1180 Peachtree Street
    Atlanta, Georgia 30309
 8  Telephone:    (404) 572-4600
    Facsimile:    (404) 572-5129
 9  Email: JJordan@KLSAW.com

10     Attorneys for Defendants
       UNITED PARCEL SERVICE, INC. and
11     UPS SUPPLY CHAIN SOLUTIONS, INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| YOTRIO INTERNATIONAL, LLC, | Case No.: 3:08-cv-02199-SI |
|---|---|
| Plaintiff, | UNITED PARCEL SERVICE, INC. AND UPS SUPPLY CHAIN SOLUTIONS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| v. | |
| LNT MERCHANDISING COMPANY, LLC, dba LINEN N' THINGS, INC., UNITED PARCEL SERVICE, INC. dba SUPPLY CHAIN SOLUTIONS, INC., and DOES 1 through 50, inclusive, | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

///
///
///
///
///

Page 1 – Case No.: 3:08-cv-02199-SI
UNITED PARCEL SERVICE, INC. AND UPS SUPPLY CHAIN SOLUTIONS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: August 20, 2008 | |
| 3 | | DILLINGHAM & MURPHY, LLP<br>JACK C. HENNING<br>BARBARA L. HARRIS CHIANG |
| 4 | | |
| 5 | | KING & SPALDING LLP<br>JONATHAN W. JORDAN |
| 6 | | |
| 7 | By: | /s/_____<br>Attorneys for Defendants<br>UNITED PARCEL SERVICE, INC. and<br>UPS SUPPLY CHAIN SOLUTIONS, INC. |