ORIGINAL

FILED
08 AUG 20 PM 3:41
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  DILLINGHAM & MURPHY, LLP
   JACK C. HENNING (SBN
2  BARBARA L. HARRIS CHIANG (SBN206892)
   225 Bush Street, 6th Floor
3  San Francisco, California 94104
   Telephone:   (415) 397-2700
4  Facsimile:   (415) 397-3300
   Email: jch@dillinghammurphy.com
5         bhc@dillinghammurphy.com

6  KING & SPALDING LLP
   JONATHAN W. JORDAN (Georgia SBN 404874 *Pro Hac Vice* Pending)
7  1180 Peachtree Street
   Atlanta, Georgia 30309
8  Telephone:   (404) 572-4600
   Facsimile:   (404) 572-5129
9  Email: JJordan@KLSAW.com

10   Attorneys for Defendants
     UNITED PARCEL SERVICE, INC. and
11   UPS SUPPLY CHAIN SOLUTIONS, INC.

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14  | YOTRIO INTERNATIONAL, LLC,                              | Case No.: 3:08-cv-02199-SI |
    |---|---|
15  | Plaintiff,                                              | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
16  | v.                                                      | |
17  | LNT MERCHANDISING COMPANY, LLC, dba LINEN N' THINGS, INC., UNITED PARCEL SERVICE, INC. dba SUPPLY CHAIN SOLUTIONS, INC., and DOES 1 through 50, inclusive, | |
20  | Defendants.                                             | |

    Pursuant to Civil L.R. 11-3, Jonathan W. Jordan, an active member in good standing of the bar of the 5th Circuit Court of Appeals; Georgia Northern District Court; Texas Eastern District Court; Texas Northern District Court; Texas Southern District Court; Texas Western District Court, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing United Parcel Service, Inc. and UPS Supply Chain Solutions, Inc. in the above-entitled action.

    In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    JACK C. HENNING
    DILLINGHAM & MURPHY, LLP
    225 Bush Street, 6th Floor
    San Francisco, California 94104-4207
    Telephone:   (415) 397-2700
    Facsimile:   (415) 397-3300

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 20, 2008

                                                    Jonathan W. Jordan

# CERTIFICATE OF SERVICE

I am a citizen of the United States, and employed in the City and County of San Francisco. I am over the age of eighteen (18) years, and not a party to the within above-entitled action. My business address is 225 Bush Street, Sixth Floor, San Francisco, California 94104-4207. On August 20, 2008, I served the following document on the party listed below:

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

**XX** **(BY MAIL)** By depositing for collection and mailing, following ordinary business practices, a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the U.S. Postal Service. The correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

**Jingming James Cai**
Schein & Cai LLP
100 Century Center Court, Suite 315
San Jose, CA 95112
408-436-0789
408-436-0758 (fax)
jcai@flglawyer.com
**Yotrio International, LLC**
*(Plaintiff)*

**Kirsten Joy Daru**
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111
415.659.5975
kdaru@reedsmith.com
**LNT Merchandising Company, LLC**
*(Defendant)*

**Charles Michael Standard**
Schein & Cai, LLP
100 Century Center Court
Suite 315
San Jose, CA 95112
408-436-0789
408-436-0758 (fax)
cms1law@sbcglobal.net
**Yotrio International, LLC**
*(Plaintiff)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 20, 2008, at San Francisco, California.

*/s/ Mardoux Torrise*
Mardoux Torrise

Case No.3:08-cv-02199-SI
CERTIFICATE OF SERVICE

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611022623
Cashier ID: sprinka
Transaction Date: 08/20/2008
Payer Name: specialized legal services
------------------------------------
PRO HAC VICE
 For: specialized legal services
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
------------------------------------
CHECK
 Check/Money Order Num: 31958
 Amt Tendered: $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

08-2199si


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

```
 1  DILLINGHAM & MURPHY, LLP
    JACK C. HENNING (SBN
 2  BARBARA L. HARRIS CHIANG (SBN206892)
    225 Bush Street, 6th Floor
 3  San Francisco, California 94104
    Telephone:    (415) 397-2700
 4  Facsimile:    (415) 397-3300
    Email: jch@dillinghammurphy.com
 5         bhc@dillinghammurphy.com

 6  KING & SPALDING LLP
    JONATHAN W. JORDAN (Georgia SBN 404874 Pro Hac Vice Pending)
 7  1180 Peachtree Street
    Atlanta, Georgia 30309
 8  Telephone:    (404) 572-4600
    Facsimile:    (404) 572-5129
 9  Email: JJordan@KLSAW.com

10  Attorneys for Defendants
    UNITED PARCEL SERVICE, INC. and
11  UPS SUPPLY CHAIN SOLUTIONS, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOTRIO INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LNT MERCHANDISING COMPANY, LLC, dba LINEN N' THINGS, INC., UNITED PARCEL SERVICE, INC. dba SUPPLY CHAIN SOLUTIONS, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:08-cv-02199-SI<br><br>**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

    Jonathan W. Jordan, an active member in good standing of the bar of the 5th Circuit Court of Appeals; Georgia Northern District Court; Texas Eastern District Court; Texas Northern District Court; Texas Southern District Court; Texas Western District Court, whose business address and telephone number is King & Spalding, 1180 Peachtree Street, Atlanta, Georgia 30309, (404) 572-4600, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing United Parcel Service, Inc. and UPS Supply Chain Solutions, Inc.

1     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro*
3 *hac vice*. Service of papers upon and communication with co-counsel designated in the
4 application will constitute notice to the party. All future filings in this action are subject to the
5 requirements contained in General Order No. 45, *Electronic Case Filing*.

7 Date: _____

                                      _____
                                      THE HONORABLE SUSAN ILLSTON

# CERTIFICATE OF SERVICE

I am a citizen of the United States, and employed in the City and County of San Francisco. I am over the age of eighteen (18) years, and not a party to the within above-entitled action. My business address is 225 Bush Street, Sixth Floor, San Francisco, California 94104-4207. On August 20, 2008, I served the following document on the party listed below:

**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

XX   **(BY MAIL)** By depositing for collection and mailing, following ordinary business practices, a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the U.S. Postal Service. The correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

| | |
|---|---|
| **Jingming James Cai**<br>Schein & Cai LLP<br>100 Century Center Court, Suite 315<br>San Jose, CA 95112<br>408-436-0789<br>408-436-0758 (fax)<br>jcai@flglawyer.com<br>**Yotrio International, LLC**<br>*(Plaintiff)* | **Kirsten Joy Daru**<br>Reed Smith LLP<br>Two Embarcadero Center<br>Suite 2000<br>San Francisco, CA 94111<br>415.659.5975<br>kdaru@reedsmith.com<br>**LNT Merchandising Company, LLC**<br>*(Defendant)* |
| **Charles Michael Standard**<br>Schein & Cai, LLP<br>100 Century Center Court<br>Suite 315<br>San Jose, CA 95112<br>408-436-0789<br>408-436-0758 (fax)<br>cms1law@sbcglobal.net<br>**Yotrio International, LLC**<br>*(Plaintiff)* | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 20, 2008, at San Francisco, California.

_____
Mardoux Torrise

Case No.3:08-cv-02199-SI
CERTIFICATE OF SERVICE