ORIGINAL

DILLINGHAM & MURPHY, LLP
JACK C. HENNING (SBN
BARBARA L. HARRIS CHIANG (SBN206892)
225 Bush Street, 6th Floor
San Francisco, California 94104
Telephone: (415) 397-2700
Facsimile: (415) 397-3300
Email: jch@dillinghammurphy.com
bhc@dillinghammurphy.com

KING & SPALDING LLP
JONATHAN W. JORDAN (Georgia SBN 404874 *Pro Hac Vice* Pending)
1180 Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5129
Email: JJordan@KLSAW.com

Attorneys for Defendants
UNITED PARCEL SERVICE, INC. and
UPS SUPPLY CHAIN SOLUTIONS, INC.

AUG 20 PM 3:43
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YOTRIO INTERNATIONAL, LLC,

Plaintiff,

v.

LNT MERCHANDISING COMPANY, LLC, dba LINEN N' THINGS, INC., UNITED PARCEL SERVICE, INC. dba SUPPLY CHAIN SOLUTIONS, INC., and DOES 1 through 50, inclusive,

Defendants.

Case No.: 3:08-cv-02199-SI

**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Jonathan W. Jordan, an active member in good standing of the bar of the 5th Circuit Court of Appeals; Georgia Northern District Court; Texas Eastern District Court; Texas Northern District Court; Texas Southern District Court; Texas Western District Court, whose business address and telephone number is King & Spalding, 1180 Peachtree Street, Atlanta, Georgia 30309, (404) 572-4600, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing United Parcel Service, Inc. and UPS Supply Chain Solutions, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Date: ______________________

Susan Illston

THE HONORABLE SUSAN ILLSTON

# CERTIFICATE OF SERVICE

I am a citizen of the United States, and employed in the City and County of San Francisco. I am over the age of eighteen (18) years, and not a party to the within above-entitled action. My business address is 225 Bush Street, Sixth Floor, San Francisco, California 94104-4207. On August 20, 2008, I served the following document on the party listed below:

**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

**XX** **(BY MAIL)** By depositing for collection and mailing, following ordinary business practices, a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the U.S. Postal Service. The correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

**Jingming James Cai**
Schein & Cai LLP
100 Century Center Court, Suite 315
San Jose, CA 95112
408-436-0789
408-436-0758 (fax)
jcai@flglawyer.com
**Yotrio International, LLC**
*(Plaintiff)*

**Charles Michael Standard**
Schein & Cai, LLP
100 Century Center Court
Suite 315
San Jose, CA 95112
408-436-0789
408-436-0758 (fax)
cms1law@sbcglobal.net
**Yotrio International, LLC**
*(Plaintiff)*

**Kirsten Joy Daru**
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111
415.659.5975
kdaru@reedsmith.com
**LNT Merchandising Company, LLC**
*(Defendant)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 20, 2008, at San Francisco, California.

Mardoux Torrise