**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 8/22/08

Case No.   C-08-2199SI            Judge:   SUSAN ILLSTON

Title: YOTRIO INT'L. -v- LNT MERCHANDISING

Attorneys: Van Ee          J. Henning, Harris-Chiang, Daru

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                 PART

Case continued to **11/7/08   @ 2:30 p.m.** for Further Case Management Conference

Case continued to **11/7/08  @ 9:00 a.m.**   for Motion

Case continued to **@ 3:30 p.m.**  for Pretrial Conference

Case continued to **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Defendant's Motion to dismiss shall be continued from 10/10/07 to 11/7/08 @ 9:00 a.m.
Discovery may proceed.