1  James Cai  (State Bar No. 200189)
   Jonathan H. Van Ee  (State Bar No. 214129)
2  SCHEIN & CAI, L.L.P.
   111 West Saint John St., Suite 1250
3  San Jose, California  95113

4  Telephone:    (408) 436–0789
   Facsimile:    (408) 436–0758

5  Attorneys for Plaintiff
   YOTRIO INTERNATIONAL, L.L.C.

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

   YOTRIO INTERNATIONAL, LLC,          )    CASE NO. 3:08-cv-02199-SI
11                                      )
                  Plaintiffs,           )    **[PROPOSED] ORDER GRANTING**
12                                      )    **PLAINTIFF YOTRIO**
          v.                            )    **INTERNATIONAL, L.L.C.'S REQUEST**
13                                      )    **TO TRANSFER AND MOTION TO**
   LNT MERCHANDISING COMPANY, LLC, dba  )    **TRANSFER THE ACTION TO THE**
14 LINENS N' THINGS, INC., UNITED PARCEL )   **SOUTHERN DISTRICT OF NEW YORK**
   SERVICE, INC., dba UPS SUPPLY CHAIN SO- )
15 LUTIONS, INC., and DOES 1 through 50, IN- )  DATE:       February 6, 2009
   CLUSIVE,                             )    TIME:        9 a.m.
16                                      )    Courtroom:   10
                  Defendants.           )
17                                      )    TRIAL:       Not Applicable

18 _____

19

20

21

22

23

24

25

26

27

28

SCHEIN & CAI, LLP
SAN JOSE, CALIFORNIA

– 1 –
**[PROPOSED] ORDER GRANTING PLAINTIFF YOTRIO'S REQUEST AND MOTION TO
TRANSFER THE ACTION TO THE SOUTHERN DISTRICT OF NEW YORK**

1    Having considered the pleadings and the documents filed in connection with Plaintiff YOTRIO

2  INTERNATIONAL, L.L.C.'s REQUEST AND MOTION TO TRANSFER THE ACTION TO THE

3  SOUTHERN DISTRICT OF NEW YORK, the Court finds and rules as follows:

4    1.    The request and motion are GRANTED.

5    2.    This action is hereby transferred to the United States District Court for the Southern

6  District of New York.

7    **IT IS SO ORDERED.**

8

9    DATED:_____11/20/08_____    _____

10                                       HON. SUSAN ILLSTON

11                                     Federal District Court Judge

12

13  Submitted by:

14

15  ____/s/ Jonathan Van Ee_____
    Jonathan Van Ee
16  Schein & Cai, L.L.P.
    Attorneys for Plaintiff
17  Yotrio International, L.L.C.

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING PLAINTIFF YOTRIO'S REQUEST AND MOTION TO
TRANSFER THE ACTION TO THE SOUTHERN DISTRICT OF NEW YORK**